NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.  Criminal Number 21-71 (ABJ)

Karl Dresch
_(Defendant)_

TO:  ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:  (Please check one)

[■] CJA    [ ] RETAINED    [ ] FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

Jerry Ray Smith, Jr., D.C. Bar No. 448699
_(Attorney & Bar ID Number)_
Jerry Ray Smith, Jr., Attorney at Law
_(Firm Name)_
717 D Street, N.W., Suite 310
_(Street Address)_
Washington, DC 20004
_(City)     (State)     (Zip)_
(202) 347-6101
_(Telephone Number)_