# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **CRIMINAL NO. 21-CR-71** |
| **v.** | **:** | |
| | **:** | |
| **KARL DRESCH** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## UNITED STATES' SUPPLEMENTAL MOTION FOR PROTECTIVE ORDER

In response to the Court's minute order dated March 18, 2021, undersigned counsel for

the United States represents that defendant's counsel, Jerry Ray Smith, does not oppose the

United States' Motion for Protective Order, filed on March 17, 2021 (ECF No. 11). The United

States of America moves this Court for a protective order pursuant to Rule 16(d)(1) of the

Federal Rules of Criminal Procedure, seeking to prevent the dissemination or misuse of

discovery material, as set forth in the United States' Motion (ECF No. 11).

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar No. 415793


_____/s/ Jennifer L. Blackwell_____
Jennifer Leigh Blackwell
Assistant United States Attorney
D.C. Bar No. 481097
555 4th Street, N.W.
Washington, D.C.  20530
Phone: (202) 803-1590
Jennifer.blackwell3@usdoj.gov

CERTIFICATE OF SERVICE

On this 19th day of March, 2021, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

/s/  Jennifer L. Blackwell
Jennifer Leigh Blackwell
Assistant United States Attorney
Jennifer Leigh Blackwell
Assistant United States Attorney
D.C. Bar No. 481097
555 4th Street, N.W.
Washington, D.C.  20530
Phone: (202) 803-1590
Jennifer.blackwell3@usdoj.gov