IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **CR NO. 21-CR-0071 (ABJ)** |
| **KARL DRESCH,** | |
| **Defendant.** | |

## NOTICE OF FILING DISCOVERY

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files its March 23, 2021 Notice of Discovery in this case. Government counsel has made available certain discovery to the Defendant in accordance with the government's discovery obligations, and pursuant to the protective order entered in this case on March 23, 2021, as outlined in a letter sent to counsel for the Defendant via electronic mail on March 23, 2021.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar No. 415793

By:   */s/ Jennifer L. Blackwell*
Jennifer Leigh Blackwell
Assistant United States Attorney
D.C. Bar No. 481097
555 4th Street, N.W.
Washington, D.C. 20530
Phone: (202) 803-1590
Jennifer.blackwell3@usdoj.gov

Dated:   March 23, 2021

<u>CERTIFICATE OF SERVICE</u>

      On this 23rd day of March, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

                                        */s/ Jennifer Leigh Blackwell*
                                        Jennifer Leigh Blackwell
                                        Assistant United States Attorney