# ATTACHMENT
# LETTERS OF SUPPORT

3/16/2021

Englewood, CO

Philadelphia Insurance Companies

Your Honor,

Hello, my name is Robert Greenlee, and I am writing to you regarding the case involving Karl Dresch. I was a classmate of his from kindergarten through high school, and we remain friends today.

Karl is an intelligent individual, and a very caring friend. He is generous, always willing to help a friend in need, and has an amazing sense of humor. No exaggeration; I have never seen Karl act violent, lash out, or even act physically or verbally aggressive or confrontational toward anyone. He is a kind, sensitive, thoughtful individual, who has strong political beliefs, but is not a threat to anyone, ever.

My hope is that you hear from other people in Karl's life, as I know all who become aware of his pending legal case will surely write to you and confirm the information I have provided. Karl is not a danger to anyone, and anyone who knew/knows him will reiterate this same sentiment.

Karl will always be a friend of mine. Our political views differ, so we don't talk about politics. We talk about all of the good times we have had in the past, and all the good times to come in the future. Karl doesn't force his political views on others, and is not a danger to society.

It saddens my heart to know that Karl got caught up in everything that happened in January. I hope and pray that it be made aware to the court that he would never hurt anyone for any reason, and that he was not one of the violent protestors in January.

Best Regards,

Robert Greenlee

March 16, 2021

This letter is to Jerry Ray Smith concerning the character of Karl Dresch
From Billie Yarbrough, a neighbor and friend of the Dresch Family

Dear Sir:

I am writing to affirm the fact that Karl Dresch is a fine, upstanding, conscientious
young man, a good father, a loving husband, and a wonderful son. He is a hard
worker and has always been someone that others could count on to do a good and
thorough job, such as shoveling snow as a teenager for older neighbors and helping
his mom with difficult maintenance jobs in her home.

Karl is not an aggressive person and he has had many good friends as he has grown
into manhood. There is not a malicious bone in his body. I believe in his integrity
and goodness as a person.

This is a true and honest assessment of how I feel about Karl Dresch,

Billie Yarbrough



**Houghton County**

## OFFICE OF THE SHERIFF

403 E. Houghton Ave. • Houghton, Michigan 49931
Phone: (906) 482-0055 • Fax: (906) 487-5949
e-mail: sheriff@houghtonsheriff.com
website: www.houghtonsheriff.com



**Brian J. McLean**
*Sheriff*

**Kevin L. Coppo**
*Undersheriff*
*911 Coordinator*

March 19, 2021

Jerry Ray Smith, Esq.
717 D. St., NW#400
Washington, DC  20004

RE:  Karl Friedrich Dresch dob 6/24/1980

Dear Mr. Smith;

Please accept this letter pertaining to the character of Karly Friedrich Dresch who is a lifelong resident of our county. I have know the Dresch family for many years since they have resided in east Hancock where Karl was raised.. His father, Stephen was a Michigan Tech professor for year who had gotten into politics regarding issues with MTU and a capital venture group called "Ventures" and was elected to the MI House of Representatives. Stephen was a brilliant man, near genius level economist and stood for what he believed in.  The Dresch family has always had a good and solid reputation here.

Karl is a very bright kid and although in his teens had a few brushes with local law enforcement as a lot of kids that age are; had settled down a lot as he grew older and has never shown any violent tendencies to any of law enforcement in our area.  He is strong in his beliefs also, but he is not this "violent terrorist" that the media seems to want him to be. I believe him to be more a follower who went to have his voice heard and got caught up in the crowd and followed in and posted his photos to prove to everyone that he had made his statement.  I have heard no statements that he had assaulted anyone at all, and I would have been very surprised if that was the case.

I acknowledge that Karl stepped over the line by going in, however I just wanted to advise you I don't believe he is a dangerous man or dangerous to the community.  Yes, there were weapons they found at his apt. in Calumet up here but nearly all homes here have weapons as we have a tremendous number of hunters and fishermen as well as a long history of military volunteers and retirees.  Yet, gun violence is nearly non-existent as the people are trained to respect the weapons for their intended use for sport.

Please contact me anytime if you have further questions.  As always, I remain,

Very Sincerely Yours,

Brian J. Mc Lean

Brian J. McLean

To whom it may concern,

My name is Pastor Tony Laidlaw. I live in Calumet Michigan and pastor a small Baptist church here. It is my understanding that there is some question about Karl Dresh, and his danger to our society because of his recent actions, as well as the concern of him trying to "run" from his legal responsibilities. I would like to address these two questions as honestly as I can.

I have known Karl and Sarah for a little over 2 years. I married them about a year and a half ago. They have been part of our church fellowship the entire time I have known them. They are not yet members of the church, but they attend here regularly. We have shared a few meals together, and Karl has done some work for the church. Sarah has attended many bible studies and small groups. That is the extent of our relationship.

I do spend a lot of time with people, that is the nature of my job, which has made me a fairly quick judge of character. Regarding Karl's danger to society, I do not believe that Karl is any real danger to our community or our government. I "think" that Karl got wrapped up in a movement and made some very foolish decisions. Karl has been around my family, been around my church family, and has even had a key to our church building. If I thought, he was dangerous in any way I would not have allowed any of those things.

Regarding Karl's ability to show up for his legal responsibilities, I can only say that I can't imagine him being foolish enough to try to run from this. He has a wife and a church family that will support him as long as he is willing to follow the law. And his wife and church family will encourage him to do so! Strongly! I obviously cannot predict the future, but it is my hope that Karl's wife and child would be his first thought as he decides to own his actions and do whatever he needs to do to clear his name. I personally will encourage Karl to understand that this means showing up for legal responsibilities, especially since I am putting my name at the bottom of this letter.

I do not agree with everything happening in American politics, but I do believe that scripture says very clearly that we are to obey the authority that God has placed over us. I will make sure Karl knows that the Bible says this as well.

I hope that Karl can come home to be with his wife and son. They need him. Until then we will continue to support them as best as we can.

Sincerely
Pastor Tony Laidlaw
First Baptist Church of Calumet

**From:** ,
    **To:** jerryraysmith@verizon.net,
**Subject:** Karl Dresch
    **Date:** Mon, Mar 22, 2021 4:35 pm

To whom it may concern:

I have known Karl Dresch since he was 5 years old. As long as I have known him He has been a polite and kind young man. He is the kind of son who helps his elderly mother by changing the oil in her car and keeping it running for her. He also does heavy chores for her like shoveling snow, painting, and moving heavy furniture. The last time we were in Hancock, we needed someone to mow our grass. Karl came with his lawn mower and would not accept anything for his work.

He is also a good father to his 13- year-old son who, needs him in his life,

Karl's  78 year old and sickly mother and his 13 years son need Karl Dresch in their lives.

Sincerely,

Ryszarda L. Pelc

**From:**
    **To:** Jerryraysmith@Verizon.net,
**Subject:** Character Reference for Karl Dresch
    **Date:** Mon, Mar 22, 2021 8:14 pm

To whom it may concern,

My name is David Carr, 41 years old. I have known Karl since 1995, we went to Hancock Highschool Together. I have grown to know my friend as a kind, caring, and thoughtful person with little to no ego. Even with healthy self-esteem, Karl is a humble person who never brags about himself or his accomplishments.

Karl has a brilliant, articulate, keen mind. His drive at discovering the truth is insatiable, a gift he inherited from his father (Dr. Stephen Dresh). Always up for a good debate, he listens and values my opinions. If I'm ever wrong or misspoke, he would correct me in a sarcastic fun way we could both laugh about, thoughtful not to make me feel inferior. He is great to be around, always making me laugh with sarcastic humor and telling jokes. All around he is fun to be around and it draws others to be around him.

In all the years I've known him, I've never seen him with a temper, never seen him yell at anyone. Violence is not in his nature, he would never be capable of it, nor would he ever condone it.

Karl's loving wife (Sarah) and son (Stephen) look up to him with admiration and miss him dearly. Stephen, now 13, needs his father around now more than ever. These are the years that a boy is molded into a man. Karl is a patient loving father and Stephen is Karl's pride and joy! Stephen is Bright, respectful, and stays out of trouble. Stephen (as most adolescents do at one point) got into trouble spray painting on an old abandoned mine building with his friends. Karl found out about it and made him scrub the brick off. After hours of tedious work with a brush and paint thinner, Stephen asked if he could just paint over it? Karl knew that would not instill the lesson Stephen needed to learn and made him finish. Stephen needs his father and Karl needs his son.

God and country are very important to Karl, he believes in high moral values, love, and thoughtfulness, along with the truth. That is who my friend is underneath.

                    David Stewart Carr


                                h

March 16, 2021

Re: Karl Dresch

I have known Karl since he was a toddler. He and his family have been my neighbors. Karl has always been a very polite considerate young man — a good member of our community.

I have observed Karl and his son Stephan. They have a very caring and loving relationship. Karl is a good father.

He did participate in the Jan 6th uprising. Perhaps he was misled by the former President Trump's rhetoric and conspiracy theorists.

Karl is a fine young man. He would never have any evil intentions of any kind.

Sincerely,

Ruth Christi

**From:**
   **To:** Jerryraysmith@Verizon.net,
**Subject:** Karl Dresch
   **Date:** Sun, Mar 21, 2021 5:11 pm

To: The Honorable Judge

From: Lois and Ronald Mazuk Aunt and Uncle of Karl Dresch

We have known Karl Dresch is entire life. Through the years we have never observed him to ever be violent or destructive. Karl is a talented man with an excellent work ethic in laying and finishing hardwood floors as well as renovation of old houses. In our observation, Karl has been respectful and considerate of the family, old and young. He is not an angry or violent person.

Karl has a wife and a 13 year old son who are greatly affected both financially and emotionally by Karl's continued absence. Also Karl is very generous
in his ongoing care and help with the needs of his elderly mother.

As his Aunt and Uncle, we respectfully beg the court to consider time served as sufficient restitution or punishment. May it be taken into consideration that no damage or violence was exhibited by Karl. He is a caring father and his presence is needed by those who depend on his loyal help and care.

Thank you for considering our plea on his behalf..


Lois and Ronald Mazuk

To Whom It May Concern,

This letter is a testament to my lifelong friendship and respect for the character of Mr. Karl Dresch as well as an expression of my deep knowledge that Karl is goodhearted and completely non-violent human being.

Karl and I have been friends since I moved to the Hancock Public School system (Hancock, MI) in first grade and I have always known Karl as an extremely smart, funny, outgoing, and generous man. Karl is the kind of friend that if you got stuck in a snow bank at two in the morning he would be there in no time with a shovel and few jokes to make a not fun situation into a positive experience.

Karl also has a deep love, knowledge, and respect of the United States of America. He has studied our history and believes wholeheartedly in the freedoms, that so many great men and women have fought for over the last two and half centuries, that make this country so great. While Karl is passionate about his beliefs he never lets disagreements become anything more than a difference of opinion. In the countless great times I have spent with Karl I have never once seen him angry or combative. He instead always lets his great personality and sense of humor diffuse disagreements.

Karl is also an excellent and loving father and husband. His son Stephen is an amazingly smart, well mannered, and caring young man and his wife Sarah is a wonderful woman who really brings out the best in Karl.

It would be a great disservice to justice to persecute this man for supporting the cause of freedom and truth. I implore the court to consider the reality of the events of January 6th and not to the sensational headlines that media has chosen to paint what happened that day with. While many unfortunate, sad, and criminal things did take place in Washington D.C. that day I know Karl was not there to do anything other than support a cause he believed in.

Thank you for your time and thoughtful consideration of the true character of my friend Karl Dresch.

Sincerely,

Thomas Sanford, USAF Veteran

**From:**

**To:**                  Jerryraysmith@verizon.net,

**Subject:** Karl Dresch

**Date:** Thu, Mar 18, 2021 1:01 am

---

To Whom This May Concern:

As a longtime friend of his family, I have known Karl Dresch since he was 14 years old. During that time, I have known him as a good friend, and a devoted husband and father. He has shown great concern for others, and I have never known him to be violent or even personally inconsiderate.

While he may have been in the wrong place at the wrong time and got swept up in the unfortunate events of the day, I can not imagine that he had any intent to inflict injury to persons or property. The Karl Dresch I know has too much respect for others and he loves this country, values instilled in him by his family and upbringing.

Sincerely,

Anthony C. Pizzi

**From:** 1
   **To:** Jerryraysmith@verizon.net,
**Subject:** KD release
  **Date:** Wed, Mar 17, 2021 9:26 am

---

Re:  Karl Dresch of _____ ., MI

I am texting you in regard to Karl Dresch of Calumet, MI, whom I have known for the past 25 years.  He is a
very patriotic, passionate person who loves the USA and all this great country stands for.  He has always
enthusiastically embraced the U.S. Constitution and the Bill of Rights but is not inclined to violence or
destructive behavior.  Ikt is with startling horror that I learned of his incarceration in January because through the
years he has displayed such a fine example of a caring father, husband and friend, as well as being a steadfast
laborer, trying so hard to improve his home life.  I pray that you will come to realize that Karl is truly needed to
be able to continue to care for his wife and family and be given the chance to return to them.  He is certainly not
a "rabble-rouser" and while his passions for his country and patriotism for the American people sometimes carry
him to over-enthusiasm, his actions do not warrant further incarceration!  I trust you will be convinced of his
"lesson Learned" and his need to be returned to his family and community again with guidance.

In humble gratitude,
Fayth R. Wolffe

Paul A. LaBine

n

March 19, 2021

To Whom It May Concern:

My name is Paul LaBine and I am a long-time friend of Karl Dresch. I am also a local attorney in our hometown and a public servant as Mayor; however please note that I am writing this letter in a strictly individual capacity. I have known Mr. Dresch since high school in the early 1990s and have been in touch with him and his circle of friends, both personally and professionally, over the years.

I understand through the media and local communications that Mr. Dresch has been charged with several serious offenses related to the events in Washington D.C. on January 6, 2021. I also understand that he is currently seeking bond/bail and I have been asked by several members of his family to write this letter, which I agreed to do.

I wish to briefly speak to my personal knowledge and experience of his character. Mr. Dresch is a very intelligent person. He has very strong political views concerning government, in particular the legislative and executive branches, and law enforcement.  Also, to be candid, he has occasionally exercised rather poor judgment.  However, in spite of his history and flaws, he has managed to raise a family and conduct his own affairs and stay out of trouble until this recent incident.  I have represented Mr. Dresch as his attorney in several matters over the years and he has always appeared when directed to, accepted the legitimacy of the judicial system, and faced the consequences of his actions.  Most importantly, I have never known Mr. Dresch to be violent in any way nor do I believe him to be a flight risk nor a person who would obstruct justice.

As an officer of the court, I fully understand the seriousness of the charges that Mr. Dresch faces and completely respect the role of the court in this decision.  I only ask that that reader deeply consider the entire complex spectrum of Mr. Dresch's character before rending any decision on this or any other matter.  Please do not hesitate to contact me with any questions or, if necessary, to confirm any facts or opinions stated in this letter.

Sincerely,

Pal LaBi

March 15 2021

To Whom It May Concern;

Karl Dresch

I have known Karl for 2 years or so as a casual acquaintance through First Baptist church in Laurium Michigan where we both attend. I can vouch for his sincere friendly character, morals and integrity over the time I have known him. Karl is friendly and personable and takes time to listen with genuine interest to others around. Karl is quick to laugh and smile with those he converses with. I have witnessed his kindness through the gentle way he interacts with his family.

This past year my wife and I observed Karl at our local 4th of July celebration where Karl compassionately helped others with directions and conversation..

I currently am a Hospice case manager serving since June of 2019. Previously I was employed as a charge nurse at Greentree of Hubbell (Our Lady Of Mercy) from August 1996 to June 2019.

Respectfully,

Steven R Foix RN

**From:**
    **To:** jerryraysmith@verizon.net,
   **Subject:** Letter of Support for Karl Dresch 3.19.21
    **Date:** Fri, Mar 19, 2021 9:46 pm

3/19/21

To Whom It May Concern:

I am writing to you regarding Karl Dresch.

Having served as a public school administrator for years, I became very familiar and often professionally involved with students and their families when serious issues occurred. In many instances, a spontaneous "bad decision" can define all we know and think about someone. I've always believed it to be extremely important to understand all of the factors contributing to any situation.

I am hoping that you will be able to see Karl as a good person separate from his entering the Capitol. I truly believe that he got caught up in the emotions of the crowd that day and made a choice to follow others into the Capitol Building. In Karl's case, he has also been vilified in the press both nationally and locally. People in Houghton County and surrounding areas including Michigan Technological University have unfairly been called extremists. This couldn't be farther from the truth unless one is an extremist merely by virtue of being a Republican.

The Karl that I have known for years loves the USA, and he has conservative views valuing faith, family, democracy and freedom. He lives in a very small community in Houghton County and makes an income by installing flooring and selling a variety of memorabilia including Trump flags. This in itself makes one a target in today's culture; I would never consider Karl to be an extremist.

Karl is a loving husband and father to Sara and Stephen. He is not a flight risk. He has very close ties to his brother, sisters, and mother who also know Karl to be trustworthy and gentle. Karl is not mean nor would he ever seek to hurt anyone.

The focus of any intervention for me during my career was always to facilitate a fair, workable, and hopefully positive outcome for the individuals involved. This situation requires a deep sincere understanding and concern for Karl that is shared by those who know him. Your vision for how his future will be shaped within the judicial system without prejudice and politicization may be a daunting task.

A life certainly can be destroyed by a person's action and compounded by a court's decision. I am hopeful that the courts will see Karl as a worthy person who has great regret for his choice to enter the Capitol, and fully understand that Karl with his many wonderful qualities will continue to responsibly and productively contribute to society given the opportunity to do so.

Sincerely,

Joan Boyer

n