UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 1:21-CR-71 |
| v. : | |
| : | |
| KARL DRESCH : | |
| : | |
| Defendant. : | |

**MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY
FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS**

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e).  The United States also requests permission to provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery.  Finally, the United States requests that any order granting this motion be made applicable to co-defendants who may later be joined.

The United States has requested counsel for defendant's position on this matter and has not received a response.

1

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

Respectfully submitted,

CHANNING PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By:   /s/   *Jennifer Blackwell*
Jennifer Leigh Blackwell
Assistant United States Attorney
D.C Bar No. 481097
555 4th Street, N.W., Room 5241
Washington, D.C. 20530
202.803.1590
Jennifer.blackwell3@usdoj.gov

CERTIFICATE OF SERVICE

On this 9th day of April, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

/s/   *Jennifer Blackwell*
Jennifer Leigh Blackwell
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CASE NO. 1:21-CR-71** |
| **v.** : | |
| : | |
| **KARL DRESCH** : | |
| : | |
| **Defendant.** : | |

# ORDER

Upon consideration of the United States' motion to disclose items protected by Federal Rule of Criminal Procedure 6(e) and sealed materials, it is hereby

ORDERED, that the motion is GRANTED, and it is further

ORDERED, that the United States may provide in discovery materials protected by Federal Rule of Criminal Procedure 6(e), and it is further

ORDERED, that the United States may provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery, and it is further

ORDERED, that this Order also applies to the disclosure of the materials described above to any co-defendants who may later be joined.


Date: _____

AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE