# NARRATIVE DESCRIPTION

## GENERAL INFORMATION

DATE **01/9/2021**

CASE ID **176-DC-3369850**

LOCATION **57625 Waterworks Street, Calumet Michigan**

PREPARER/ASSISTANTS **SO John Forjunato**
**SA Richard Grout / SA Matthew Hillman**

PAGE **1** OF **1**

### Mode Of Narrative Preparation

SA Forjunato made
Note through of
Search / Photos
Iberia to Search of
Condition of Resumed
and Location of Evidence
Entry + Exit Photo Taken

---

**7:20 pm** – Entered Residence through unlocked side Door on left side of house (opposite side from garage). Door was then Dlg and not removed from house. Door was in disrepair. The interior of the house was in disarray and disrepair. There was... the house in disrepair or items on clothing strewn around the house. Clothing item made entry through side Door cleared the house. No one present. Entry Photos Taken of Residence interior.

**7:30 pm** – commenced Search of first floor. Identified Several items from Sw corner first floor. Identified 7 .62 and shotgun shells on first floor.

Additional Ammunition (762) rounds observed on second floor.

Shot gun and rifle observed on second floor.

Firearms were Advised of the Advises and collected By MSP officer.

Search of Dresch's Toyota Camry. SA for known will Take Search to conduct...

Items Photographed and Assigned Evidence number.

Evidence Removed from Residence Exit Photos and Jay Johnson.

**9:19 pm** – To Document Condition of Residence upon departure. Door walked to Document (god) beyond of...

Water (god) peace Door closed but left unlocked.

Dep. Karl Dresch's Direction upon Scene...

**9:47 pm** – Attempted to contact Dresch wife Karl Dresch left message.

Sara Dresch #8147 330-2018 contact - called SO Jay Johnstons...

**9:51 pm** – Post. Sara Dresch moved advised of the Search and residence Door and Phone at MSP Calumet Post. residence. She Stated she would contact someone to care for Dog and house.

**11:27 pm** – Sara Dresch contacted Dep. y's SO Johnstons Cell phone (Spare Cell number Deb. 330-2018. She was advised that the Search on the... Conny was completed, vehicle can be released Nothing Collected & Superior Service Towing, Houghton MI.

Advised that the vehicle was...
906-370-7060

# ADMINISTRATIVE WORKSHEET

PAGE __1__ OF __1__

DATE __01/19/21__

| | |
|---|---|
| LOCATION | 51629 Waterworks St, Calumet MI |
| CASE IDENTIFIER | |
| PREPARER/ASSISTANTS | SA J. Fortunato, R. Grout, M. Hellman |
| TIME AND DATE OF ARRIVAL | 7:10 pm  01/19/2021 |
| PERSON(S) PRESENT AT SCENE AT TIME OF ARRIVAL | Entire Search Team |
| PERSON IN CHARGE OF SCENE AT TIME OF ARRIVAL | SA John Fortunato |
| CONTROL OF SCENE OBTAINED FROM | SA Jay Johnston |
| TIME AND DATE OF ACQUISITION | N/A |
| CONDITION OF SCENE ON ARRIVAL (SECURED/UNSECURED) | N/A |
| LIGHTING CONDITIONS | Doors to residence closed, Lights out front door secured, rear door unsecure, Dark outside, No exterior light |
| WEATHER CONDITIONS | 13° (1 low / snow) on ground |
| SCENE CONSISTS OF (GENERAL DESCRIPTION) | 2 story vinyl clad single house w/ attach garage, multiple vehicles parked alongside house, snow covered lawn. No shovel path to side door. No footprints in snow leading to side door, Light off in house, No movement in house, No response at knock, No Dog except for dog scratching at door |

| PERSONNEL INVOLVED IN SEARCH AND THEIR RESPECTIVE DUTIES |
|---|
| SA John Fortunato — case officer |
| SA Jay Johnston — search officer |
| SA Rich Grout — search/client/collect |
| SA Matthew Hellman — search/client/photograph |
| D/Sgt Jason Nickstrom (MSP) search/client |
| Tpr Koskela (MSP) search/security uniform |

**PRELIMINARY SURVEY/EVIDENCE EVALUATION (NOTES/OBSERVATIONS)**

- House empty w/ dog inside
- SA performed brief & clear search
- Team of search warrant, searched for item in warrant. Presence of dog in residence and unlocked
- Door, use of force police found dog

**SPECIAL SITUATIONS OR CONDITIONS (NOTES/OBSERVATIONS)**

- Team conducted show of force that scene
- Prior to executing search warrant SA Fortunato noticed of the search warrant. Karl Dresch is Dresch's response to questions regarding access to house, care of dog, and how to secure house after search
- He was alone at house, his wife Sofa was out of town, her father died Saturday
- She would not return for a month
- He did not know anyone who could care for dog
- The dog was friendly
- He did not have anyone to call to secure house after search, requested leaving dog unlocked as he did not have a key
- After search he would call wife so she could arrange for dog care and securing house. Agent could fill food bowl

# EVIDENCE RECOVERY LOG
### PRINT LEGIBLY

**GENERAL INFORMATION** (COPY DATA FROM PAGE ONE)

DATE: 01/19/21

CASE ID: 176-DC-336985D

LOCATION: 87625 waterworks st

PREPARER/ASSISTANTS: SA John Costalato

CONTINUATION PAGE   PAGE 1 OF 2

| ITEM # | DESCRIPTION | WHERE FOUND | RECOVERED BY / OBSERVED BY (Last name) | PACKAGING METHOD | COMMENTS (if needed) |
|---|---|---|---|---|---|
| 1 | Black red and white Atlanta braves black back containing (4) cans/chewing radio, metro depatch, handdroed papers, TCD rounds of tiger, 38 ammunition wild boars, Riotlounge | Family Room | SA John Costalato | paper bag | Bag fully unmarked baus BS office and inventored and photographed |
| 2 | Brown sport coat | Dining room | SA Johnston | paper bags | |
| 3 | Brown Sport Coat | Family Room | SA Fairbanks | paper bag | |
| 4 | Green hooded sweatshirt | Entry/Laundry rm | SA Johnston | paper bags | In washer but dry |
| 5 | Plaid shirt | 1st floor bedroom | SA Fairbanks | paper bags | from surfaces |
| 6 | (1) pair black jeans & (1) pair Blue jeans | 1st floor bedroom | SA Wickstrom, SA Fairbanks | Paper Bag | sprinkle rd on 4 LB |
| 2 | (1) Box 7.62 ammunition containing 20 rounds | Dining room | D/ Sgt Wickstrom, SA John Costalato | Paper Bag | from suitcase |
| 8 | Tul Ammo 7.62 rounds (2) Boxes — (Photos only) | 2nd floor Hall rm | SA brown/Hellman, TFC Koskella | / | Seized BSA MSB |
| 9 | Shot Gun — (Photos only) | 2nd floor Hallr. | SA brown/Hellman, SA Wickstrom | / | Seized by MSB |
| 10 | Russian SKS style Rifle (Photos only) | Main Bedroom | SA Costalato/Hellman, TFC Koskella | / | Seized by MSB |

# EVIDENCE RECOVERY LOG
PRINT LEGIBLY

**GENERAL INFORMATION** *(COPY DATA FROM PAGE ONE)*

DATE: 01/15/21

CASE ID: 176-DE-3367850

LOCATION: 5725 United Works

PREPARER/ASSISTANTS: Sa John Edwards

CONTINUATION PAGE

PAGE 2 OF 2

| ITEM # | DESCRIPTION | WHERE FOUND | RECOVERED BY / OBSERVED BY (Last name) | PACKAGING METHOD | COMMENTS (if needed) |
|---|---|---|---|---|---|
| 11 | 7.62 Round Loose (photos only) | Main Bedroom | SA Grout / Hulman TFO Rosello | — | Seized by MSP |
| 12 | Hand gun Pistol grip (photos only) | 2ND floor Hall Rm | SA Grout SA Hulman Ofer Wilkstone | not collected Photos only | not collected Photos only |
| 13 | Pair of sunglasses | Dining Room | SA Edwards | plastic bags | Repackaged to bag |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

# DIAGRAM/SKETCH

PAGE 1 OF 2

## GENERAL INFORMATION

DATE 01/19/2021

CASE ID 176-DE-3369850

LOCATION 57629 Waterworks St, Calumet, MI 49913

PREPARER/ASSISTANTS SA Richard Grout

## REFERENCE

SCALE or DISCLAIMER

COMPASS ORIENTATION

EVIDENCE

FIXED OBJECTS

MEASUREMENTS

KEY/LEGEND

N

1st Floor

Side Door →

Entry/Laundry

Dining Room

Table

Front door

Porch

Kitchen

1st Floor BR

Bed

Bathroom

Fam Room

Fireplace

Stairs

Garage

Waterworks St.

Not drawn to scale

DIAGRAM/SKETCH

PAGE 2 OF 2

GENERAL INFORMATION

DATE 01/19/2021
CASE ID 176-DE-336 9850
LOCATION 57629 Waterworks St, Calumet, MI 49913
PREPARER/ASSISTANTS SA Richard Grout

REFERENCE

SCALE or DISCLAIMER
COMPASS ORIENTATION
EVIDENCE
FIXED OBJECTS
MEASUREMENTS
KEY/LEGEND



2nd Floor

Not drawn to scale

1/19/2021

Photographic log

Case ID: 176-DE-3369850
57629 Waterworks St.
Calumet, MI 49913
SA Matthew Hellman

| Photo descriptor | Description |
|---|---|
| 1stflbr1 | Left |
| 1stflbr2 | Center |
| 1stflbr3 | Right |
| 1stflbr4 | Right corner |
| 1stflbr5 | Suitcase on bed |
| 1stflbr6 | Suitcase close-up |
| 1stflbr7 | Suitcase opened |
| 2ndfirhall | Hallway at top of stairs, shows attic ladder |
| 2ndfirhallroom1 | Room straight from top of stairs, utilized as hallway/storage - direct view |
| 2ndfirhallroom2 | Looking right from doorway at top of stairs |
| 2ndfirhallroom3 | Looking into right corner from doorway at top of stairs |
| 2ndfirhallroom4 | Left wall, Hitler movie poster |
| 2ndfirhallroom5 | Doorway into MBR closet, can see orange curtain glow from MRB access. |
| 2ndfirhallroom6 | Espionage poster |
| 2ndfirhallroom7 | Desk with ammon and knife |
| Ammo2ndfirhallroom | Rifle ammo on desk in 2nd floor hall room |
| Back door | Back door, unlocked where entry was made |
| Backpack1 | Isolated view of backpack found in family room, sitting on a chair |
| Backpack2 | View looking into backpack |
| Backpack3 | Closeup inside backpack showing Metrocard and hand-held radio |
| Backpack4 | Some items removed from backpack, radio, metrocard, ammo, notepad |
| Backseattruck1 | View looking into back seat of truck parked in the driveway, through window |
| Backseattruck2 | Closeup of box containing a hat in backseat of truck. |
| Bathroom | Bathroom |
| Diningroom1 | Straight, from Kitchen |
| Diningroom2 | Right corner, Kitchen doorway on right |

| Label | Description |
|---|---|
| Diningroom3 | Corner of dining room, from doorway into 1st floor bedroom. |
| Diningroom4 | Dining room, straight from 1st floor bedroom doorway. |
| Diningroom5 | Chair in dining room, possible sport-coat of interest. |
| Diningroom6 | Empty box for HH radio, on table in dining room |
| Diningroom7 | Close up of HH radio box. |
| Drshells | Shotgun shells on cupboard in dining room. |
| EntLaundry1 | Back entry/Laundry room, door on left goes to back entryway. Shot from Kitchen doorway. |
| EntLaundry2 | Back entry/Laundry center from Kitchen doorway. |
| EntLaundry3 | Back entry/Laundry right from Kitchen doorway. |
| EntLaundry4 | Back entry/Laundry hard right from Kitchen doorway, back of microwave visible on right. |
| Evidence1 | Backpack |
| Evidence2 | Tweed sportcoat of possible interest. |
| Evidence3 | Second tweed sportcoat of possible interest. |
| Evidence4-1 | Green sweatshirt of interest, located in washer. |
| Evidence4-2 | Green sweatshirt of interest, located in washer. |
| Evidence4-3 | Green sweatshirt of interest, located in washer. |
| Evidence5 | Plaid shirt found in suitcase. |
| Evidence6 | Jeans found in suitcase, two pairs. |
| Evidence7 | Shotgun shells on cupboard in dining room. |
| Evidence8 | Ammunition found in upstairs hall room. |
| Evidence8-2 | Ammunition found in upstairs hall room. |
| Evidence9 | Shotgun found in upstairs hall room, moved for better view |
| Evidence10 | Rifle found in Master bedroom closet, moved for better view. |
| Evidence11-1 | Ammunition found in dresser in Master bedroom. |
| Evidence11-2 | Ammunition found in dresser in Master bedroom. |
| Evidence12 | Pistol grip found in upstairs hall room desk drawer |
| Evidence13-1 | Safety glasses of interest, on dining room table. |
| Evidence13-2 | Safety glasses of interest, on dining room table, moved for viewing |
| Evidence13-3 | Safety glasses of interest, on dining room table, moved for viewing |
| Evidence13-4 | Photo showing location of safety glasses. |
| Famroom1 | Family room from dining room |
| Famroom2 | Straight, from dining room into family room, door to porch visible. |
| Famroom3 | Right from dining room, showing coat rack where evidence #3 was found. |
| Famroom4 | Left corner of family room from dining room doorway. |

| | |
|---|---|
| Famroom5 | Far left corner of family room from dining room doorway. |
| Famroom6 | Front wall of family room, windows look out onto porch. |
| Famroom7 | Doorway into front porch from family room. |
| Famroom8 | Backpack located in family room, as found. |
| Famroom9 | Tweed sportcoat on rack in family room, as found. |
| Front door | Front view of house exterior. |
| Kidroom1 | Doorway to 'kid's' room, from spare room on second floor |
| Kidroom2 | Left wall of 'kid's' room, from spare room doorway. |
| Kidroom3 | center from spare room doorway. |
| Kidroom4 | Right from spare room doorway |
| Kidroom5 | Right corner from spare room doorway, door on right leads to hallway and attic stairs. |
| Kidroom6 | Kid's room closet. |
| Kidroom7 | Kid's room looking at both doorways, left to hallway, right to spare room. |
| Kitchen1 | Kitchen left from dining room doorway. |
| Kitchen2 | Kitchen left from entry/laundry doorway |
| Kitchen3 | Kitchen from entry/laundry doorway, showing bathroom location |
| Kitchen4 | Back corner of kitchen, showing doorway to stairway, refrigerator located over right shoulder. |
| Kitchen5 | Another view of stairway door from kitchen. |
| Mbr1 | Doorway to master bedroom from spare room, second floor. |
| Mbr2 | Doorway to master bedroom from spare room, second floor. |
| Mbr3 | Left corner of master br from doorway. |
| Mbr4 | Far left corner of master br from doorway, orange curtain covers closet. |
| Mbr5 | straight view of master br from doorway |
| Mbr6 | far right corner of master br from doorway |
| Mbr7 | Atlanta Braves backpack and items on floor of master br |
| Mbr8 | Atlanta Braves backpack and items on floor of master br, second view |
| Mbr9 | Master br from far left corner looking back at doorway |
| Mbrammo | Ammo found in master br dresser drawer. |
| Mbrclosetandrifle | Rifle found in Master bedroom closet, moved for better view. |
| Mbrclosetwhereriflewas | Closet curtain pulled back, revealing where rifle was found in its case. Rifle is removed from closet. |
| Porch1 | Porch wall backing up to the house from front door. |
| Porch2 | Porch right wall from front door. |
| Porch3 | Porch right corner and front wall from front door. |
| Porch4 | Porch right corner and front wall from front door. |

| Label | Description |
| --- | --- |
| Porch5 | Porch front wall, front door is immediately to right. |
| Porch6 | Porch front wall, front door visible on right. |
| Rifle1 | Close up of rifle s/n |
| Rifle2 | Close up of rifle s/n |
| Rifle3 | Close up of rifle s/n |
| Rifle4 | Close up of rifle information: Russia, CCCP57000 |
| SG2ndflrhallroom2 | Close up of rifle information but not visible |
| SG2ndflrhallroom1 | Shotgun discovery location, in 2nd floor hall room, close up |
| Shotgun1 | Shotgun discovery location, in 2nd floor hall room |
| Shotgun2 | Close up of shotgun stock |
| Shotgun3 | Close up of shotgun s/n |
| Spareroom1 | Close up of shotgun s/n |
| Spareroom2 | Spare room from hall room |
| Spareroom3 | Spare room from hall room |
| Spareroom4 | Left side of spare room from hall room, MBR doorway visible. |
| Spareroom5 | Far right corner of spare room from hall room. |
| Spareroom6 | Right wall of spare room from hall room doorway, entrance to 'kid's' room visible. |
| Staircase | Right corner of spare room from just inside doorway from hall room. Closet visible on right |
| Stairlanding | Staircase |
| Suitcase1 | Landing at bottom of staircase, door to garage on left. |
| Suitcase2 | close up of suitcase, open |
| Suitcase4 | Suitcase and clothes |
| Toplanding | Suitcase and clothes |
| Truckdriveway | Landing at top of staircase |
| Truckdrivewaylp | Truck parked in driveway |
| Upstairscloset1 | License plate of truck parked in driveway |
| Vehicle1 | Master br closet from doorway into hall room, rifle was located on floor below hanging clothes, not visible |
| Vehicle2 | Vehicle at Superior Service Towing, front view |
| Vehicle3 | Rear view |
| Vehicle4 | close up of rear window |
| Vehicle5 | Driver side door open |
| Vehicle6 | Driver side rear door open |
| Vehicle7 | Passenger side rear door open |
| Vehicle8 | Passenger side rear door open |
| | Passenger side door open |

| | |
|---|---|
| Vehicle9 | Trunk open |
| Vehicle10 | Trunk open close up |
| Vehicleexit1 | Trunk open exit photo |
| Vehicleexit2 | Trunk closed exit |
| Vehicleexit3 | Rear passenger exit |
| Vehicleexit4 | Passenger exit, rear passenger door secured |
| Vehicleexit5 | Passenger side exit, closed |
| Vehicleexit6 | Driver side rear exit |
| Vehicleexit7 | Driver side exit, rear door secured |
| Vehicleexit8 | Driver side exit, closed |
| Vehicleexit9 | Vehicle exit and secured |
| Washer1 | Green sweatshirt of interest, located in washer. |