**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| DRESCH, Karl (922g1) | 774046-21-0006 | 2 |

**SUMMARY OF EVENT:**
Receipt and Service of Federal Search Warrant- ▮
Residence of Karl Dresch

**NARRATIVE:**

1. On January 21, 2021, an Application/Affidavit for a Search Warrant was forwarded to the office of Magistrate Judge Maarten Vermaat for authorization to search of ▮ ▮ This is the current residence of Karl DRESCH (W/M, DOB: ▮). Magistrate Vermaat contacted Special Agent Aaron Voogd via telephone after he reviewed the Application/Affidavit for a Search Warrant and determined there to be probable cause. SA Voogd swore out the search warrant via recorded telephone call. Magistrate Vermaat then signed the application/affidavit authorizing the search warrant. Magistrate Vermaat also granted a Motion to Seal in this matter. A copy of the signed Application/Affidavit for Search Warrant, Search Warrant, and Motion to Seal are included as attachments.

2. On this same date, SA Voogd with the support of the Michigan State Police (MSP) Upper Peninsula Substance Enforcement Team (UPSET) and the MSP Calumet Post, served the aforementioned Federal Search Warrant at ▮ This Search Warrant was for evidence in relation to violations of evidence of violation(s) of 18 U.S.C. § 922(g)(1).

3. On this same date, SA Voogd conducted a pre-operation briefing with law enforcement (LE) personnel participating in the search warrant. The briefing took place at the UPSET West Team office. SA Voogd was aware from surveillance conducted by UPSET that the only new activity at the residence since the January 19th federal search warrant by the Federal Bureau of Investigations (FBI) was as of earlier in the day a porch light was now on. Although there were no new signs of individuals at the property. SA Voogd was the On-scene Commander and it was decided the UPSET team would conducted the entry and securing of the residence.

| Prepared by: Aaron R. Voogd | Title: Special Agent, Marquette Satellite Office | Signature: [signed] | Date: 1/25/21 |
|---|---|---|---|
| Authorized by: Jeremy S. Herrmann | Title: Resident Agent in Charge, Marquette Satellite Office | Signature: | Date: |
| Second level reviewer (optional): James M. Deir | Title: Special Agent in Charge, Detroit Field Division | Signature: | Date: |

4. On this same date, at approximately 1:50pm, law enforcement arrived at residence and approached the designated entry point. SA Voogd from his position on front cover heard the entry team knock and announce, "Police with a Search Warrant". The entry advised when the residence was clear and secured. SA Voogd learned in discussion with the entry team, that the entry point was not unsecured as it had been left on January 19th and forced entry was required. SA Voogd also learned that there were no individuals located in the residence.

5. At this point, SA Voogd conducted video of the residence prior to the initiation of the search. Once the video was complete. The UPSET team conducted a thorough search of the residence and vehicles located on the curtilage. SA Voogd maintained a Search Warrant Tabulation/Return, which has been included as an attached. The search resulted in the recovery and seizure of the following items of evidentiary value:

   - a Glock, model 23, .40 caliber semi-auto pistol, serial number RA398, loaded with a round in the chamber, located in a black holster
   - a blue Ziploc bag containing suspected marijuana located near the Glock pistol
   - Miscellaneous residency documents
   - Two (2) boxes of 12 gauge ammunition
   - a Remington, model 1100, 12 gauge shotgun, serial number N997352M, loaded with two (2) 12 gauge shells, located in a camouflage case
   - Eight (8) boxes of miscellaneous ammunition

Upon completion of the search, SA Voogd closed out the tabulation/return, which was witnessed by MSP UPSET Detective Sargent (D/Sgt.) Jason Wickstrom. Since there was no one at the residence, a copy of the Search Warrant and tabulation/return was left on the dining room table.

6. SA Voogd then conducted an out-video of the residence post-search. Once this was complete, the property was secured in SA Voogd's vehicle for transport to the ATF Marquette Satellite Office. UPSET secured the entry point door and exited through the lockable front door of the residence.

**ATTACHMENT(S):**
Application/Affidavit for Search Warrant, Search Warrant and Motion to Seal
Search Warrant Tabulation/Return

## SEARCH WARRANT TABULATION/RETURN

TAKEN FROM: (Name and Address, if applicable) [redacted]

COMPLAINT # 774046-21-0606
DATE 1/21/21
TIME 1350

| ITEM # | DESCRIPTION OF ITEM(S) | LOCATION OF ITEM(S) | SEIZING OFF. |
|---|---|---|---|
| 1 | GLOCK MDL 23 .40 CAL SEMI-AUTO S/N# RA398 LOADED 1 IN CHAMBER | NE BEDROOM CLOSET 2ND FLR | FILE |
| 2 | BLUE ZIPLOC BAGGIE CONTAINING SUSPECTED MARIJUANA | | |
| 3 | MISC RESIDENCY DOCS | DINING ROOM CABINET | WICKSTROM |
| 4 | 2 BOXES OF 12 GAUGE AMMUNITION | FRONT PORCH IN BOX IN PURPLE LAUNDRY BASKET | ZAWADA |
| 5 | REMINGTON MDL 1100 12GA S/N N997352M LOADED W/ 2 SHELL | GREEN BEDROOM IN CAMO CASE IN CLOSET | JOHNSON |
| 6 | 8 BOXES OF MISC AMMUNITION | DINING ROOM CABINET - LOWER PORTION | WICKSTROM |

NOTHING TO FOLLOW

TABULATOR (Signature): [signature]
WITNESSED BY (Signature): [signature]

NAME AND TITLE (Print or Type): AARON VOOGD SA ATF
NAME AND TITLE (Print or Type): D/SGT JASON WICKSTROM  UPSET MSP