| MICHIGAN DEPARTMENT OF STATE POLICE | ORIGINAL DATE: Tue, Jan 19, 2021 | INCIDENT NO: 087-0000085-21 |
|---|---|---|
| ORIGINAL INCIDENT REPORT | TIME RECEIVED: 1910 | FILE CLASS: 52003 |
| | WORK UNIT: MSP CALUMET POST | COUNTY: HOUGHTON |
| COMPLAINANT: S/A FORTUNATO | | TELEPHONE NO: |
| ADDRESS: STREET AND NO: | CITY: | STATE: | ZIP CODE: |
| INCIDENT STATUS: OPEN | | |

## ASSIST FBI ON SEARCH WARRANT/SEIZE FIREARMS-AMMO

### INFORMATION:

D/Sgt Wickstrom and I assisted S/A Fortunato and three other FBI Agents conduct a search warrant at the below listed residence. The FBI had a search warrant to search the residence and vehicles for evidence linking Karl Dresch to the breach of the Capital Building in Washington D.C. Karl Dresch lived at this residence and they have photographs of him inside of the Capital. Dresch was arrested earlier in the day and was currently in the holding cell at the post. I was requested as uniform presence at the search.

Prior to executing the warrant, I was informed by S/A Fortunato that Dresch was a convicted felon. During the search, the below listed property was located by FBI Agents. The FBI photographed and documented where the items were found. I seized the items for further investigation as Dresch is a convicted felon and cannot possess them. The house was not going to be locked when we left though the FBI was going to have Dresch contact someone to secure the house after we left.

### VENUE:

HOUGHTON COUNTY

### DATE & TIME:

ON OR AFTER: TUE, JAN 19, 2021 AT 1910

### COMPLAINANT:

```
NAM:  S/A FORTUNATO
BIR:                         RAC:   WHITE       ETH:
NBR:           DIR:          SEX:   MALE        DL:     /
STR:                         DOB:               SSN:
SFX:                         HGT:   ' "         SI:     /
CTY:           ST:           WGT:               FBI:
TXH:           ZIP:          HAI:               MNU:
```

| PAGE: | INVESTIGATED BY: | INVESTIGATED BY: | REVIEWED BY: |
|---|---|---|---|
| 1 of 4 | KOSKELA, STEVEN, 834, TROOPER | | |

PRINTED: 1/25/2021 13:57

| MICHIGAN DEPARTMENT OF STATE POLICE | ORIGINAL DATE: Tue, Jan 19, 2021 | INCIDENT NO: 087-0000085-21 |
|---|---|---|
| ORIGINAL INCIDENT REPORT | TIME RECEIVED: 1910 | FILE CLASS: 52003 |

TXW:　　　　　　　　　　EYE:　　　　　　　　　　PR:
SMT:

**SUSPECT:**

NAM: KARL FRIEDRICH-JOHANNES DRESCH
BIR:　　　　　　　　　　　　RAC:　　　　ETH:
NBR:　　　　　DIR:　　　　　SEX:　　　　DL:
STR:　　　　　　　　　　　　DOB:　　　　SSN:
SFX:　　　　　　　　　　　　HGT:　　　　SI:　　　/
CTY:　　　　　ST:　　　　　 WGT:　　　　FBI:
TXH:　　　　　ZIP:　　　　　HAI:　　　　MNU:
TXW:　　　　　　　　　　　　EYE:　　　　PR:
SMT:

**SEIZED:**

SEIZED BY: KOSKELA
Prop 0001 -Type1: Rifle  Type2: SEMI-AUTOMATIC  Make: SKS  Model: SKS  Registered to Owner:  Cal.: 7.62  Bar Ln: 20  Shots: 10  Finish: Blue  Serial #: 5720K  OAN:  Value: $400.00  Inscription: CCCP5700  Recovered Value: $400.00
Descrp: ONE SKS 7.62X39 CALIBER RIFLE WITH ATTACHED TANNISH CANVAS SLING AND ATTACHED FOLDING BAYONET.
Obtained From:
02 -
31 -
THE SKS WAS ON THE BED IN A BEDROOM ON THE SECOND FLOOR. IT HAD ALREADY BEEN PHOTOGRAPHED BY THE FBI. I DO NOT KNOW THE EXACT LOCATION WHERE IT WAS FOUND.
Date/Time Recovered: 01/19/2021 2045

SEIZED BY: KOSKELA
Prop 0002 -Type1: Shotgun  Type2: PUMP/SLIDE ACTION  Make: O. F. Mossberg & Sons  Model: 500  Registered to Owner:  Cal.: 12 G  Bar Ln: 18  Shots: 6  Finish: Blue  Serial #: J527652  OAN:  Value: $300.00  Inscription: ENGLISH D ON STOCK  Recovered Value: $300.00
Descrp: ONE MOSSBERG MODEL 500 12G PUMP SHOTGUN. ON BOTH SIDES OF THE STOCK IT HAS SOME NON FACTORY CHECKERING ALONG WITH AN OLD ENGLISH D.
Obtained From:
02 -
31 -
I SEIZED THE SHOTGUN FROM THE ROOM/HALL AREA AT THE TOP OF THE STEPS ON THE SECOND FLOOR. THE FBI HAD ALREADY PHOTOGRAPHED IT, I DO NOT KNOW WHERE THEY ACTUALLY FOUND IT.
Date/Time Recovered: 01/19/2021 2045

| PAGE: | INVESTIGATED BY: | INVESTIGATED BY: | REVIEWED BY: |
|---|---|---|---|
| 2 of 4 | KOSKELA, STEVEN, 834, TROOPER | | |

PRINTED: 1/25/2021 13:57

| MICHIGAN DEPARTMENT OF STATE POLICE | ORIGINAL DATE: Tue, Jan 19, 2021 | INCIDENT NO: 087-0000085-21 |
|---|---|---|
| ORIGINAL INCIDENT REPORT | TIME RECEIVED: 1910 | FILE CLASS: 52003 |

SEIZED BY: KOSKELA
Prop 0003 -Type: AMMUNITION  Value: $2.00
Descrp: 3 WINCHESTER WESTERN BRAND 12G SHOTGUN SHELLS. THE SHOT SIZE IS 7 1/2 SHOT. THE CASINGS ARE RED IN COLOR AND THEY HAVE SILVER "LOW BRASS" AT THE BASE.
Obtained From:
02 -
31 -
THE SHOTGUN SHELLS WERE REMOVED FROM A SHELF ADJACENT TO THE DINING ROOM TABLE. THEY ARE IN THE FBI PHOTOGRPAHS MARKED WITH THE #7 PROPERTY MARKER.
Date/Time Recovered: 01/19/2021 2045

SEIZED BY: KOSKELA
Prop 0004 -Type: AMMUNITION  Value: $15.00
Descrp: A FULL BOX OF 7.62X39 CALIBER AMMUNITION. THE BRAND IS RED ARMY STANDARD. THEY HAVE A STEEL CASE AND COPPER FULL METAL JACKET BULLET. TWENTY (20) ROUNDS TOTAL.
Obtained From:
02 -
31 -
THE FULL BOX OF 7.62X39 AMMUNITION WAS RECOVERED FROM A SHELF NEXT TO THE DINING ROOM TABLE. THEY ARE IN THE FBI PHOTOGRPAHS MARKED WITH THE #7 PROPERTY MARKER.
Date/Time Recovered: 01/19/2021 2045

SEIZED BY: KOSKELA
Prop 0005 -Type: AMMUNITION  Value: $100.00
Descrp: TWO ONE HUNDRED ROUND BOXES OF TULAMMO BRAND 7.62X39 AMMUNITION. IT IS 112GR FULL METAL JACKET AMMUNTION. ONE BOX IS FULL AND THE OTHER CONTAINS 95 ROUNDS. THERE ARE 195 ROUNDS TOTAL.
Obtained From:
02 -
31 -
THE 195 ROUNDS OF 7.62X39 AMMUNITION WAS FOUND IN THE ROOM/HALLWAY AREA AT THE TOP OF THE STEPS ON THE SECOND FLOOR. THEY ARE THE FBI'S PHOTOGRAPHS THAT ARE LABELED #8 WITH A YELLOW EVIDENCE MARKER.
Date/Time Recovered: 01/19/2021 2045

SEIZED BY: KOSKELA
Prop 0006 -Type: AMMUNITION  Value: $13.00
Descrp: TWENTY TWO ROUNDS OF 7.62X39 AMMUNITION. THEY HAVE STEEL CASES AND COPPER FULL METAL JACKET BULLETS.
Obtained From:
02 -
31 -
THE TWENTY TWO (22) 7.62X39 ROUNDS WERE FOUND IN A DRAWER IN THE SAME BEDROOM FROM WHICH IS SIEZED THE SKS RIFLE. THEY WERE PHOTOGRAPHED NEXT TO THE #11 YELLOW PROPERTY MARKER IN THE FBI PHOTOGRAPHS.
Date/Time Recovered: 01/19/2021 2045

| PAGE: | INVESTIGATED BY: | INVESTIGATED BY: | REVIEWED BY: |
|---|---|---|---|
| 3 of 4 | KOSKELA, STEVEN, 834, TROOPER | | |

PRINTED: 1/25/2021 13:57

| MICHIGAN DEPARTMENT OF STATE POLICE | ORIGINAL DATE: Tue, Jan 19, 2021 | INCIDENT NO: 087-0000085-21 |
|---|---|---|
| ORIGINAL INCIDENT REPORT | TIME RECEIVED: 1910 | FILE CLASS: 52003 |

**STATUS:**

OPEN

| PAGE: 4 of 4 | INVESTIGATED BY: KOSKELA, STEVEN, 834, TROOPER | INVESTIGATED BY: | REVIEWED BY: |
|---|---|---|---|

PRINTED: 1/25/2021 13:57