

**Karl Dresch**

November 23, 2020 · 🌐

···

It's war everywhere if we let this election get stolen

POLITICO.COM

## Biden will nominate Antony Blinken as secretary of State

The president-elect plans to name his longtime foreign policy adviser to head up the State Department.

GOVERNMENT
EXHIBIT

**16**

2:21-mj-04