Source Extraction:
File System (1), File System (2)

From: ▓▓▓▓▓▓▓ Karl Dresch (owner)

That's right outside the house of representative...we got in! Took a 🟢 gas ...wtf I love masks now!

**Platform:** Mobile

1/6/2021 10:19:21 PM(UTC+0)

Source Extraction:
File System (1), File System (2)

From: ▓▓▓▓▓▓▓ ▓▓▓▓▓

**Attachments:**

Size: 0
Path: https://scontent.xx.fbcdn.net/v/t39.1997-6/39178562_150519761629364 2_5411344281094848512_n.png.webp?_nc_cat=1&ccb=2&_nc_sid=0572db&_nc_ohc=KfWqAhEdVccAX_Px9gy&_nc_ad=z-m&_nc_cid=4&_nc_ht=scontent.xx&_nc_rmd=260&oh=a57df0978d676d630aeab62baafa5fa8&oe=6026BAE8
(Empty File)

Size: 0
Path: https://scontent.xx.fbcdn.net/v/t39.1997-6/39219952_150509624630377 9_1177236259362308096_n.webp?_nc_cat=1&ccb=2&_nc_sid=0572db&_nc_ohc=6AXzsDXs_EQAX-DZuAc&_nc_ad=z-m&_nc_cid=4&_nc_ht=scontent.xx&_nc_rmd=260&oh=1ae5626187922b3f0a5fc2cdf97df50&oe=6027A7D1
(Empty File)