**Time** 2021-01-07 14:36:50 UTC
**Type** Comments
**Summary** Karl Dresch commented. `Mike Pence gave our country to the communist hordes, traitor scum like the rest of them, we have your back give the word and we will be back even stronger`
**Object Id** S:_I1000050701740614:10160367234876729:9

GOVERNMENT EXHIBIT
19
2:21-mj-04