| STATE OF WISCONSIN | CIRCUIT COURT BRANCH 1 | FLORENCE COUNTY | For Official Use Only |
|---|---|---|---|
| State of Wisconsin vs. Karl Friedrick Johannes Dresch | | **Judgment of Conviction** Sentence Withheld, Probation Ordered | FILED 04-23-2014 Florence County Clerk of Circuit Court |
| Date of Birth: ▓▓▓▓ | | Case No. 2013CF000010 | |

The defendant was found guilty of the following crime(s):

| Ct. | Description | Violation | Plea | Severity | Date(s) Committed | Trial To | Date(s) Convicted |
|---|---|---|---|---|---|---|---|
| 1 | Vehicle Operator Flee/Elude Officer | 346.04(3) | No Contest | Felony I | 06-07-2013 | | 04-22-2014 |

IT IS ADJUDGED that the defendant is guilty as convicted and sentenced as follows:

| Ct. | Sent. Date | Sentence | Length | Agency | Comments |
|---|---|---|---|---|---|
| 1 | 04-22-2014 | Probation, sent withheld | 2 YR | Department of Corrections | |
| 1 | 04-22-2014 | DOT License Revoked | 6 MO | | |

**Conditions of Sentence or Probation**
Obligations: (Total amounts only)

| Fine | Court Costs | Attorney Fees | ☐ Joint and Several Restitution | Other | Mandatory Victim/Wit. Surcharge | 5% Rest. Surcharge | DNA Anal. Surcharge |
|---|---|---|---|---|---|---|---|
| 1,232.00 | 163.00 | | | | 13.00 | 92.00 | |

**Conditions**

| Ct. | Condition | Length | Agency/Program | Begin Date | Begin Time | Comments |
|---|---|---|---|---|---|---|
| 1 | Jail time | 11 MO | | | | Huber granted. May transfer jail out of state, up to Sheriff's Department. 14 days credit if revoked. |
| 1 | Community service | 50 HR | | | | |

| Ct. | Condition | Agency/Program | Comments |
|---|---|---|---|
| 1 | Fine | | |
| 1 | Other | | May not operate TransAm during probation. Must be immobilized by probation or Sheriff's Department in county of residence. AODA and follow through all recommendations. May not possess or consume alcohol. May not enter bars or taverns. Must submit DNA sample, no surcharge. |

Pursuant to §973.01(3g) and (3m) Wisconsin Statutes, the court determines the following:
The Defendant is ☐ is not ☐ eligible for the Challenge Incarceration Program.
The Defendant is ☐ is not ☐ eligible for the Substance Abuse Program.

IT IS ADJUDGED that **0** days sentence credit are due pursuant to §973.155, Wisconsin Statutes

IT IS ORDERED that the Sheriff shall deliver the defendant into the custody of the Department.

| | | |
|---|---|---|
| STATE OF WISCONSIN | CIRCUIT COURT BRANCH 1 | FLORENCE COUNTY |

For Official Use Only

State of Wisconsin vs. Karl Friedrick Johannes Dresch

**Judgment of Conviction**

Sentence Withheld, Probation Ordered

FILED
04-23-2014
Florence County
Clerk of Circuit Court

Date of Birth:

Case No. 2013CF000010

**Distribution:**

Leon D. Stenz, Judge
Douglas J. Drexler, District Attorney
Michael Scholke, Defense Attorney

**BY THE COURT:**

Electronically signed by Tanya L. Neuens - Deputy
Circuit Court Judge/Clerk/Deputy Clerk

April 23, 2014
Date

State of Wisconsin
County of Florence
I, Clerk of the Circuit Court for said County hereby certify that I have compared this document with the original on file, of which I am the legal custodian and it is a true copy of said original. Witness my signature this 29 day of Jan 2021.
Tanya Neuens - Clerk of Court

CASE ID: 01    COURT CASE #:    13CF10      STATUS CHANGE DATE:    04/22/16
DATE RECEIVED ON SUPERVISION:    04/22/14   CASE TYPE:   STATE PROBATION

REASON FOR CHANGE: DISCHARGE - REGULAR

TERMINATION #:   T-1037142           OBLIGATIONS DUE:   RESTITUTION =    $0.00
                                                        COURT OBS =     $63.48
                                                    SUPV FEES AMT DUE = $0.00

CLERK OF COURTS
FLORENCE COUNTY
P.O. BOX 410                                 TO:  AGENT  60215
FLORENCE, WI  54121

State of Wisconsin
County of Florence
I, Clerk of the _____Circuit_____ Court for said
County hereby certify that I have compared
this document with the original on file, of
which I am the legal custodian and it is a true
copy of said original.
Witness my signature this 29 day of Jan
2021
Tanya Flouren - Clerk of Court

FILED
04-27-2016
Florence County
Clerk of Circuit Court

| State of Wisconsin | Circuit Court | Florence County |
|---|---|---|

| STATE OF WISCONSIN | Court Case No.: 2013CF |
|---|---|
| Plaintiff, | DA Case No.: 2013FR000082 |

-VS-

Karl Friedrick Johannes Dresch

**WARRANT**

NUMBER FILED 13CFD

DOB:
Sex/Race:
Eye Color:
Hair Color:
Height:
Weight:
Alias:

JUN 1 8 2013

PAULA CORAGGIO-Clerk of Court
Florence County, WI

Defendant,

THE STATE OF WISCONSIN TO ANY LAW ENFORCEMENT OFFICER:
A complaint, a copy of which is attached, having been made before me accusing the defendant of committing the crime(s) of:

| THE CRIME(S) OF: | DATE OF VIOLATION: | CONTRARY TO WIS. STATUTE(S).: |
|---|---|---|
| Attempting to Flee or Elude a Traffic Officer | 06/07/2013 | 346.04(3) |
| First Degree Recklessly Endangering Safety | 06/07/2013 | 941.30(1) |

And having found that probable cause exists that such violation was committed by the defendant, you are, therefore, commanded to arrest the defendant and bring him before me, or if I am not available, before some other judge of this county.

Date: June 18, 2013

Leon D. Stenz, Circuit Court Judge

In lieu of holding the defendant in custody, bond may be posted in the amount of BODY ONLY.

| CIB No. | Date Entered | By | Date Canceled |
|---|---|---|---|
| NCIC: | Date Entered | By | Date Canceled |

EXTRADITION:   YES X        NO
ENTER: Wisconsin Only        Nationwide        Adjoining Counties/States X

State of Wisconsin
County of Florence
I, Clerk of the Circuit Court for said County hereby certify that I have compared this document with the original on file, of which I am the legal custodian and it is a true copy of said original.
Witness my signature this 29 day of Jan 2021

Tanya Nevins - Clerk of Court

06/14/2013

| State of Wisconsin | Circuit Court | Florence County |
|---|---|---|

STATE OF WISCONSIN

Plaintiff,

-vs-

Karl Friedrick Johannes Dresch

DOB:
Sex/Race:
Eye Color:
Hair Color:
Height:
Weight:
Alias:

Defendant,

Court Case No. 2013CF
DA Case No. 2013FR000082

**Criminal Complaint**

FILED 13CF10
NUMBER..................

JUN 1 8 2013

PAULA CORAGGIO-Clerk of Court
Florence County, WI

Michael Short, of the Florence County Sheriff's Department, being first duly sworn, states that:

## Count 1: ATTEMPTING TO FLEE OR ELUDE A TRAFFIC OFFICER

The above-named defendant on or about Friday, June 07, 2013, in the Town of Florence, Florence County, Wisconsin, while operating a motor vehicle on a highway, after having received a visual or audible signal from a marked police vehicle, did knowingly flee or attempt to elude a traffic officer by willful disregard of the visual or audible signal so as to endanger the operation of the police vehicle, contrary to sec. 346.04(3), 939.50(3)(i), 973.047(1f), 973.046(1g) Wis. Stats.

Upon conviction for this offense, a Class I Felony, the defendant may be fined not more than Ten Thousand Dollars ($10,000), or imprisoned not more than three (3) years and six (6) months, or both.

And furthermore, invoking the provisions of Wisconsin Statute 343.31(3)(d)1, upon conviction the department shall revoke the defendant's operating privileges for 6 months.

And the court shall require the person to provide a biological specimen to the state crime laboratories for deoxyribonucleic acid analysis.

And furthermore, invoking the provisions of Wisconsin Statute 973.046(1g), the court may impose a deoxyribonucleic acid analysis surcharge of $250.

## Count 2: FIRST DEGREE RECKLESSLY ENDANGERING SAFETY

STATE OF WISCONSIN - VS - Karl Friedrick Johannes Dresch

Upon conviction for this offense, a Class F Felony, the defendant may be fined not more than Twenty Five Thousand Dollars ($25,000), or imprisoned not more than twelve (12) years and six (6) months, or both.

And the court shall require the person to provide a biological specimen to the state crime laboratories for deoxyribonucleic acid analysis.

And furthermore, invoking the provisions of Wisconsin Statute 973.046(1g), the court may impose a deoxyribonucleic acid analysis surcharge of $250.

**PROBABLE CAUSE:**

Complainant relies on the official officers' reports which are attached and incorporated by reference. The author is a sworn member of law enforcement. I have worked with the officer before and found him to be truthful and reliable. I believe the reports were generated in the scope of his employment and in the ordinary course of business of law enforcement. I believe the reports are truthful and reliable as records kept in the ordinary course of business. I have used reports of this kind and found them to be truthful and reliable in the past.

Copies of all other pertinent documents are attached to this complaint and incorporated herein as if fully set forth.

Based on the foregoing, the complainant believes this complaint to be true and correct.

Subscribed and sworn to before me,
and approved for filing on:

June 13, 2013

_____
Complainant

_____
Douglas J Drexler – District Attorney
State Bar No. 1012319

| Case Narrative | | | | |
|---|---|---|---|---|
| Officer: | Michael Short | Date: 06/07/13 | Time: | 21:16 |
| Narrative: | 6-7-2013 | | | |

I, Deputy Michael Short, was on routine patrol traveling southbound on County Highway N in the township of Commonwealth, Florence County. I was operating a fully marked patrol car

| Offense Number: 20130350 | Report Date: 6/7/2013 | Day of Week: Friday | |
|---|---|---|---|
| Jurisdiction: 02 | District: HC | Reporting Area: | Grid: |

(1-13) and was in full uniform. I was operating moving radar while patrolling, using the Kustom Raptor RP-1 system.

As I was patrolling south on County Highway N, just south of County Highway D, I observed a northbound red Pontiac Trans Am with black racing stripes. The Trans Am appeared to be traveling at a high rate of speed in a 55 mph speed zone. My radar unit indicated that the target speed was 72 mph with clear tone and no interference. The radar unit showed my squad speed to be 51 mph, verified with the squad speedometer. I was able to lock the target speed in at 71 mph.

I turned my squad around on County Highway N to initiate a traffic stop on the target vehicle. As I began to attempt to close the gap between my squad and the target vehicle, I observed that the vehicle was already approximately 1/4 mile ahead of my squad. I believed that the target vehicle had rapidly accelerated for the vehicle to have gained this much ground already. I activated my overhead emergency lights to initiate a traffic stop on the vehicle. I observed that the target vehicle continued to accelerate as it traveled north on County Highway N. As I continued north, I activated my squad emergency sirens to attempt to gain compliance from the vehicle and to warn oncoming traffic of my presence. I accelerated my squad to approximately 120 mph as I passed Dump Road and continued north on County Highway N. I radioed dispatch to advise them that I was in pursuit of a red Pontiac Trans Am, northbound on County Highway N at approximately 120 mph. I advised dispatch that the only description I was able to observe of the suspect driver was that he was a white male with dark color hair. Sheriff Jeff Rickaby advised that he was in Florence and was responding to the pursuit.

The Trans Am continued north on CTH N at over 120 mph. I continued to accelerate my squad to 130 mph without gaining ground on the suspect vehicle. I continued to call out speed and location to dispatch as we traveled north on CTH N. As the vehicle approached USH 2 in a residential area, I alternated my siren tones to alert pedestrians and any citizens of the pursuit. I observed the Trans Am go into the southbound lane near Lake Avenue and pass two cars in a no passing zone. The vehicle then turned west onto USH 2, failing to stop for the marked stop sign at the intersection of CTH N and USH 2. I slowed down and continued around the two vehicles, I again alternated my siren tones to alert oncoming traffic to my presence. I had to slow and almost stop to allow a pickup truck to move out of the lane of traffic. I then pursued the vehicle west on USH 2.

As I continued west on USH 2 through the town of Florence, I observed the vehicle already passing STH 70 traveling west on USH 2. I continued to call out location and speed to dispatch. As the vehicle passed STH 70, I observed the Trans Am swerve into the east bound lane of traffic to pass several vehicles. This is a no passing zone marked with a double yellow line. The Trans Am then corrected into its proper lane of travel and continued westbound on USH 2. I advised dispatch that the vehicle was passing cars in a no passing zone and continued to call out speed and location to dispatch and Sheriff Rickaby. Traffic at the time was moderate with vehicles traveling in both directions.

I continued to pursue the vehicle west on USH 2. Speeds were steady at approximately 125-130 mph. The Trans Am would pass vehicles whenever it would come up behind one. As we continued west on USH 2, the Trans Am passed a vehicle in a no passing zone near Thunder Ridge Road. The highway curves to the left and goes downhill, obstructing the view of oncoming traffic. I observed that the Trans Am nearly struck an eastbound motorcycle before swerving back into its lane of travel. All vehicles were able to avoid a collision, including the motorcycle almost striking my patrol car as it was attempting to correct its course of travel from swerving around the Trans Am.

The Trans Am continued westbound on USH 2. As it passed Second Crossing Road, I observed the Trans Am pass two vehicles in a no passing zone, as the road curved sharply to

Page 2 of 25   Initial mS   6-10-13

6/8/2013 12:34am

**Florence County Sheriff's Office**
**Offense/Incident Report**

Page 3

Offense Number: 20130350   Report Date: 6/7/2013   Day of Week: Friday

Jurisdiction: 02   District: HC   Reporting Area:   Grid:

the right. I observed that the Trans Am narrowly avoided a head on collision with an eastbound pickup truck. The Trans Am slid partially sideways as it swerved hard to the right to avoid the collision. The vehicle was able to correct its course of travel and continued west on USH 2. I requested dispatch to contact Iron County, MI dispatch center to request Iron County units to respond. I requested that any available Iron County unit respond and set up tire deflation devices or "spike strips" on USH 2. I had to slow my speed to allow traffic to pass and move out of the way. I then continued to pursue the vehicle west on USH 2. I continued to call out speed and location to dispatch as the pursuit entered into the State of Michigan. Traffic was light traveling west with intermittent traffic traveling east.

The Trans Am increased speed on the open straight stretches west of Stager Lake Road. I increased my patrol car speed to attempt to close the gap while there was little or no traffic present. I observed my patrol car speed to be approximately 145 mph. I did not appear to be gaining ground on the vehicle, however I was not losing ground either. I was staying approximately 1/4 mile behind the vehicle. Dispatch advised that Iron County officers were setting up spike strips at the Crystal Falls town line, where there is a narrow 2 lane bridge. I continued to relay pursuit speed and location to dispatch. Sheriff Rickaby requested traffic information. I advised that the traffic was clear traveling westbound with some eastbound traffic present. After we passed the roadside rest area on USH 2, I observed an Iron County Sheriff's patrol car activate its emergency lights and enter into the pursuit from a road on the north side of the highway. The Iron County Sheriff's unit entered into the lead position of the pursuit. I continued to call out the pursuit as we neared County Road 424 in Iron County. My squad speed had decreased to 125 mph, as I followed the Iron County Sheriff's unit westbound.

The Trans Am took a hard left onto County Road 424. The Iron County Sheriff's unit and I continued to pursue the vehicle on County Road 424, towards the town of Alpha. Sheriff Rickaby advised that he was close behind the pursuit, but had backed off some due to Iron County already being involved in the pursuit. As we passed the intersection of County Road 424 with Stage Lake Road, near the Alpha village limits, I observed that the red Trans Am had pulled to the side of the road and finally yielded to our attempts to stop the vehicle. I radioed dispatch and advised that the vehicle had stopped on County Road 424 and that we would be conducted a felony stop on the vehicle.

Two Iron County Sheriff's Deputies exited their squad with their sidearms drawn. They began issuing verbal orders to the driver of the vehicle. I was unable to hear the exact commands from my position behind their vehicle. I removed my department issued AR15 patrol rifle from my squad and covered the vehicle while the Iron County Deputies took the driver into custody. I observed the Iron County deputies order the driver out of the vehicle. They then ordered the driver to lay prone on the pavement and inch his way backwards towards them. One of the deputies tactically ground handcuffed the driver while the second deputy advanced to clear the vehicle. I assisted with clearing the vehicle. No further occupants were located. Sheriff Rickaby and a Michigan State Police unit arrived on scene.

The Iron County deputies and the MSP Trooper searched the suspect. No contraband was located. I assisted with standing the driver up to his feet. As Trooper Floriano and I assisted the driver to his feet, I detected a strong odor of alcoholic beverages on the driver's breath. I asked the driver for identification. He verbally identified himself as Karl Friedrick Johannes Dresch, ▊▊ Job ▊▊ Officers were able to locate a Georgia Driver License in his pants pocket confirming this information. I provided this information, along with the vehicle registration, Michigan Passenger ▊▊ to Sheriff Rickaby who then relayed the information to dispatch via telephone.

I asked Karl why he was fleeing from me at such high speeds. He stated that he was just out cruising and that he did not know that we were pursuing him.

Page 3 of 29   Initial: ms   Date: 6-10-13

6/8/2013 12:34am

**Florence County Sheriff's Office**
**Offense/Incident Report**

Page 4

Offense Number: 20130350     Report Date: 6/7/2013     Day of Week: Friday

Jurisdiction: 02     District: HC     Reporting Area:     Grid:

    Trooper Floriano asked the driver how much alcohol he had consumed. The driver responded that he had consumed a couple of beers. Trooper Floriano then had the driver perform the Horizontal Gaze Nystagmus test. Trooper Floriano advised that the driver had all six clues present, Lack of Smooth Pursuit in both eyes, distinct and sustained nystagmus at maximum deviation, and onset of nystagmus prior to 45 degrees. Trooper Floriano advised that the driver had onset of nystagmus at approximately 30 degrees of deviation. He stated that based upon his training and experience as a law enforcement officer he believed that the driver was intoxicated with a probable BAC of approximately 0.13 %BrAC. Iron County officers advised that they would be applying for a search warrant for Karl's blood. Karl was then placed in the rear seat of the Iron County Sheriff's unit.

    I assisted Deputy Abe Veroni and Deputy Brent Benson with a search incident to arrest of the vehicle. There were several empty cans of Hamm's beer in plain view behind the driver's seat of the Trans Am. During the search of the vehicle, a partial case of Hamm's beer was located along with several empty cans of Hamm's. Deputies Veroni and Benson also located a partial six pack of Leinenkugel's beer, an almost empty bottle of Tequila and a bottle of Black Haus liquor that was approximately 1/2 full. No other contraband was located at this time. However, while searching the trunk area, I observed what appeared to be a floor mat under a section of floor carpeting. Upon pulling this section of carpeting up, we observed that there was a trap door cut into the sheet metal floor pan. The trap door was sealed with duct tape. Upon opening the trap door, we observed that the in tank fuel pump was located directly below the trap door. Deputy Veroni advised that he was going to attempt to contact a drug detection canine to come to their evidence impound to do a sniff of the vehicle.

    Deputies Veroni and Benson transported Karl to the Iron County Jail. Trooper Floriano remained on scene awaiting the tow truck to remove the vehicle to the impound area. Sheriff Rickaby and I then cleared from the scene.

    A Criminal History check of the driver shows convictions for Obstructing an Officer, 11-11-11 in Waukesha Wisconsin; Obstructin an Officer, 9-12-2008, Houghton Michigan; and several traffic violations in Michigan.

Deputy Michael Short, 913

Page 4 of 25    Initial ms
Date 6-10-13

**State of Wisconsin**          **Circuit Court**          **Florence County**

STATE OF WISCONSIN  
                             Plaintiff,  
        -VS-

DA Case No.: 2013FR000082  
Assigned DA/ADA: Douglas J Drexler  
Agency Case No.:  
FILED NUMBER........13CF10

Karl Friedrick Johannes Dresch

Court Case No.: 2013CF000010  
ATN: 19002000010061

OCT 21 2013

PAULA CORAGGIO-Clerk of Court  
Florence County, WI

DOB:  
Sex/Race:  
Eye Color:  
Hair Color:  
Height:  
Weight:  
Alias: Also Known As Karl Friedrick J Dresch

                            Defendant,

**Amended Criminal Complaint**

State of Wisconsin  
County of Florence  
I, Clerk of the Circuit Court for said County hereby certify that I have compared this document with the original on file, of which I am the legal custodian and it is a true copy of said original. Witness my signature this 29 day of Jan 2121.

Michael Short, of the Florence County Sheriff, being first duly sworn, states that:

### Count 1: ATTEMPTING TO FLEE OR ELUDE A TRAFFIC OFFICER

The above-named defendant on or about Friday, June 07, 2013, in the Town of Florence, Florence County, Wisconsin, while operating a motor vehicle on a highway, after having received a visual or audible signal from a marked police vehicle, did knowingly flee or attempt to elude a traffic officer by willful disregard of the visual or audible signal so as to endanger the operation of the police vehicle, contrary to sec. 346.04(3), 939.50(3)(i), 973.047(1f), 973.046(1g) Wis. Stats.

Upon conviction for this offense, a Class I Felony, the defendant may be fined not more than Ten Thousand Dollars ($10,000), or imprisoned not more than three (3) years and six (6) months, or both.

And furthermore, invoking the provisions of Wisconsin Statute 343.31(3)(d)1, upon conviction the department shall revoke the defendant's operating privileges for 6 months.

And the court shall require the person to provide a biological specimen to the state crime laboratories for deoxyribonucleic acid analysis.

And furthermore, invoking the provisions of Wisconsin Statute 973.046(1g), the court may impose a deoxyribonucleic acid analysis surcharge of $250.

### Count 2: FIRST DEGREE RECKLESSLY ENDANGERING SAFETY

The above-named defendant on or about Friday, June 07, 2013, in the Town of Florence, Florence County, Wisconsin, did recklessly endanger the safety of drivers of oncoming

10/17/2013

STATE OF WISCONSIN - VS - ...... Friedrick Johannes Dresch

traffic, under circumstances which show utter disregard for human life, contrary to sec. 941.30(1), 939.50(3)(f), 973.047(1f), 973.046(1g) Wis. Stats.

Upon conviction for this offense, a Class F Felony, the defendant may be fined not more than Twenty Five Thousand Dollars ($25,000), or imprisoned not more than twelve (12) years and six (6) months, or both.

And the court shall require the person to provide a biological specimen to the state crime laboratories for deoxyribonucleic acid analysis.

And furthermore, invoking the provisions of Wisconsin Statute 973.046(1g), the court may impose a deoxyribonucleic acid analysis surcharge of $250.

**PROBABLE CAUSE:**

Complainant relies on the official officers' reports which are attached and incorporated by reference. The author is a sworn member of law enforcement. I have worked with the officer before and found him to be truthful and reliable. I believe the reports were generated in the scope of his employment and in the ordinary course of business of law enforcement. I believe the reports are truthful and reliable as records kept in the ordinary course of business. I have used reports of this kind and found them to be truthful and reliable in the past.

Copies of all other pertinent documents are attached to this complaint and incorporated herein as if fully set forth.

Based on the foregoing, the complainant believes this complaint to be true and correct.

Subscribed and sworn to before me, and approved for filing on:

This 17th day of October, 2013

_____
Complainant

_____
Douglas Drexler, District Attorney

State Bar No. 1012319

10/17/2013                                    2

**Case Narrative**

| | | | |
|---|---|---|---|
| Officer: | Michael Short | Date: 06/07/13 | Time: 21:16 |
| Narrative: | 6-7-2013 | | |

I, Deputy Michael Short, was on routine patrol traveling southbound on County Highway N in the township of Commonwealth, Florence County. I was operating a fully marked patrol car

| Offense Number: 20130350 | Report Date: 6/7/2013 | Day of Week: Friday | |
|---|---|---|---|
| Jurisdiction: 02 | District: HC | Reporting Area: | Grid: |

(1-13) and was in full uniform. I was operating moving radar while patrolling, using the Kustom Raptor RP-1 system.

As I was patrolling south on County Highway N, just south of County Highway D, I observed a northbound red Pontiac Trans Am with black racing stripes. The Trans Am appeared to be traveling at a high rate of speed in a 55 mph speed zone. My radar unit indicated that the target speed was 72 mph with clear tone and no interference. The radar unit showed my squad speed to be 51 mph, verified with the squad speedometer. I was able to lock the target speed in at 71 mph.

I turned my squad around on County Highway N to initiate a traffic stop on the target vehicle. As I began to attempt to close the gap between my squad and the target vehicle, I observed that the vehicle was already approximately 1/4 mile ahead of my squad. I believed that the target vehicle had rapidly accelerated for the vehicle to have gained this much ground already. I activated my overhead emergency lights to initiate a traffic stop on the vehicle. I observed that the target vehicle continued to accelerate as it traveled north on County Highway N. As I continued north, I activated my squad emergency sirens to attempt to gain compliance from the vehicle and to warn oncoming traffic of my presence. I accelerated my squad to approximately 120 mph as I passed Dump Road and continued north on County Highway N. I radioed dispatch to advise them that I was in pursuit of a red Pontiac Trans Am, northbound on County Highway N at approximately 120 mph. I advised dispatch that the only description I was able to observe of the suspect driver was that he was a white male with dark color hair. Sheriff Jeff Rickaby advised that he was in Florence and was responding to the pursuit.

The Trans Am continued north on CTH N at over 120 mph. I continued to accelerate my squad to 130 mph without gaining ground on the suspect vehicle. I continued to call out speed and location to dispatch as we traveled north on CTH N. As the vehicle approached USH 2 in a residential area, I alternated my siren tones to alert pedestrians and any citizens of the pursuit. I observed the Trans Am go into the southbound lane near Lake Avenue and pass two cars in a no passing zone. The vehicle then turned west onto USH 2, failing to stop for the marked stop sign at the intersection of CTH N and USH 2. I slowed down and continued around the two vehicles, I again alternated my siren tones to alert oncoming traffic to my presence. I had to slow and almost stop to allow a pickup truck to move out of the lane of traffic. I then pursued the vehicle west on USH 2.

As I continued west on USH 2 through the town of Florence, I observed the vehicle already passing STH 70 traveling west on USH 2. I continued to call out location and speed to dispatch. As the vehicle passed STH 70, I observed the Trans Am swerve into the east bound lane of traffic to pass several vehicles. This is a no passing zone marked with a double yellow line. The Trans Am then corrected into its proper lane of travel and continued westbound on USH 2. I advised dispatch that the vehicle was passing cars in a no passing zone and continued to call out speed and location to dispatch and Sheriff Rickaby. Traffic at the time was moderate with vehicles traveling in both directions.

I continued to pursue the vehicle west on USH 2. Speeds were steady at approximately 125-130 mph. The Trans Am would pass vehicles whenever it would come up behind one. As we continued west on USH 2, the Trans Am passed a vehicle in a no passing zone near Thunder Ridge Road. The highway curves to the left and goes downhill, obstructing the view of oncoming traffic. I observed that the Trans Am nearly struck an eastbound motorcycle before swerving back into its lane of travel. All vehicles were able to avoid a collision, including the motorcycle almost striking my patrol car as it was attempting to correct its course of travel from swerving around the Trans Am.

The Trans Am continued westbound on USH 2. As it passed Second Crossing Road, I observed the Trans Am pass two vehicles in a no passing zone, as the road curved sharply to

Page 2 of 25   Initial MS
Date 6-10-13

6/8/2013 12:34am

**Florence County Sheriff's Office**
**Offense/Incident Report**

Page 3

Offense Number: 20130350    Report Date: 6/7/2013    Day of Week: Friday

Jurisdiction: 02    District: HC    Reporting Area:    Grid:

the right. I observed that the Trans Am narrowly avoided a head on collision with an eastbound pickup truck. The Trans Am slid partially sideways as it swerved hard to the right to avoid the collision. The vehicle was able to correct its course of travel and continued west on USH 2. I requested dispatch to contact Iron County, MI dispatch center to request Iron County units to respond. I requested that any available Iron County unit respond and set up tire deflation devices or "spike strips" on USH 2. I had to slow my speed to allow traffic to pass and move out of the way. I then continued to pursue the vehicle west on USH 2. I continued to call out speed and location to dispatch as the pursuit entered into the State of Michigan. Traffic was light traveling west with intermittent traffic traveling east.

The Trans Am increased speed on the open straight stretches west of Stager Lake Road. I increased my patrol car speed to attempt to close the gap while there was little or no traffic present. I observed my patrol car speed to be approximately 145 mph. I did not appear to be gaining ground on the vehicle, however I was not losing ground either. I was staying approximately 1/4 mile behind the vehicle. Dispatch advised that Iron County officers were setting up spike strips at the Crystal Falls town line, where there is a narrow 2 lane bridge. I continued to relay pursuit speed and location to dispatch. Sheriff Rickaby requested traffic information. I advised that the traffic was clear traveling westbound with some eastbound traffic present. After we passed the roadside rest area on USH 2, I observed an Iron County Sheriff's patrol car activate its emergency lights and enter into the pursuit from a road on the north side of the highway. The Iron County Sheriff's unit entered into the lead position of the pursuit. I continued to call out the pursuit as we neared County Road 424 in Iron County. My squad speed had decreased to 125 mph, as I followed the Iron County Sheriff's unit westbound.

The Trans Am took a hard left onto County Road 424. The Iron County Sheriff's unit and I continued to pursue the vehicle on County Road 424, towards the town of Alpha. Sheriff Rickaby advised that he was close behind the pursuit, but had backed off some due to Iron County already being involved in the pursuit. As we passed the intersection of County Road 424 with Stage Lake Road, near the Alpha village limits, I observed that the red Trans Am had pulled to the side of the road and finally yielded to our attempts to stop the vehicle. I radioed dispatch and advised that the vehicle had stopped on County Road 424 and that we would be conducted a felony stop on the vehicle.

Two Iron County Sheriff's Deputies exited their squad with their sidearms drawn. They began issuing verbal orders to the driver of the vehicle. I was unable to hear the exact commands from my position behind their vehicle. I removed my department issued AR15 patrol rifle from my squad and covered the vehicle while the Iron County Deputies took the driver into custody. I observed the Iron County deputies order the driver out of the vehicle. They then ordered the driver to lay prone on the pavement and inch his way backwards towards them. One of the deputies tactically ground handcuffed the driver while the second deputy advanced to clear the vehicle. I assisted with clearing the vehicle. No further occupants were located. Sheriff Rickaby and a Michigan State Police unit arrived on scene.

The Iron County deputies and the MSP Trooper searched the suspect. No contraband was located. I assisted with standing the driver up to his feet. As Trooper Floriano and I assisted the driver to his feet, I detected a strong odor of alcoholic beverages on the driver's breath. I asked the driver for identification. He verbally identified himself as Karl Friedrick Johannes Dresch, ▇ dob ▇ Officers were able to locate a Georgia Driver License in his pants pocket confirming this information. I provided this information, along with the vehicle registration, Michigan Passenger ▇ to Sheriff Rickaby who then relayed the information to dispatch via telephone.

I asked Karl why he was fleeing from me at such high speeds. He stated that he was just out cruising and that he did not know that we were pursuing him.

Page 3 of 29    Initial mS    Date 6-10-13

**Florence County Sheriff's Office**
**Offense/Incident Report**

6/8/2013 12:34am

Page 4

Offense Number: 20130350      Report Date: 6/7/2013      Day of Week: Friday

Jurisdiction: 02      District: HC      Reporting Area:      Grid:

Trooper Floriano asked the driver how much alcohol he had consumed. The driver responded that he had consumed a couple of beers. Trooper Floriano then had the driver perform the Horizontal Gaze Nystagmus test. Trooper Floriano advised that the driver had all six clues present, Lack of Smooth Pursuit in both eyes, distinct and sustained nystagmus at maximum deviation, and onset of nystagmus prior to 45 degrees. Trooper Floriano advised that the driver had onset of nystagmus at approximately 30 degrees of deviation. He stated that based upon his training and experience as a law enforcement officer he believed that the driver was intoxicated with a probable BAC of approximately 0.13 %BrAC. Iron County officers advised that they would be applying for a search warrant for Karl's blood. Karl was then placed in the rear seat of the Iron County Sheriff's unit.

I assisted Deputy Abe Veroni and Deputy Brent Benson with a search incident to arrest of the vehicle. There were several empty cans of Hamm's beer in plain view behind the driver's seat of the Trans Am. During the search of the vehicle, a partial case of Hamm's beer was located along with several empty cans of Hamm's. Deputies Veroni and Benson also located a partial six pack of Leinenkugel's beer, an almost empty bottle of Tequila and a bottle of Black Haus liquor that was approximately 1/2 full. No other contraband was located at this time. However, while searching the trunk area, I observed what appeared to be a floor mat under a section of floor carpeting. Upon pulling this section of carpeting up, we observed that there was a trap door cut into the sheet metal floor pan. The trap door was sealed with duct tape. Upon opening the trap door, we observed that the in tank fuel pump was located directly below the trap door. Deputy Veroni advised that he was going to attempt to contact a drug detection canine to come to their evidence impound to do a sniff of the vehicle.

Deputies Veroni and Benson transported Karl to the Iron County Jail. Trooper Floriano remained on scene awaiting the tow truck to remove the vehicle to the impound area. Sheriff Rickaby and I then cleared from the scene.

A Criminal History check of the driver shows convictions for Obstructing an Officer, 11-11-11 in Waukesha Wisconsin; Obstructin an Officer, 9-12-2008, Houghton Michigan; and several traffic violations in Michigan.

Deputy Michael Short, 913

Page 4 of 25   Initial ms
Date 6-10-13

**State of Wisconsin**          **Circuit Court**          **Florence County**

STATE OF WISCONSIN
      Plaintiff,

-VS-

Karl Friedrick Johannes Dresch

DOB:
Sex/Race:
Alias: Also Known As Karl Friedrick J Dresch

      Defendant,

Court Case No.: 2013CF000010
DA Case No.: 2013FR000082

INFORMATION
FILED
NUMBER
OCT 2 1 2013
PAULA CORAGGIO-Clerk of Court
Florence County, WI

**Count 1: ATTEMPTING TO FLEE OR ELUDE A TRAFFIC OFFICER**

The above-named defendant on or about Friday, June 07, 2013, in the Town of Florence, Florence County, Wisconsin, while operating a motor vehicle on a highway, after having received a visual or audible signal from a marked police vehicle, did knowingly flee or attempt to elude a traffic officer by willful disregard of the visual or audible signal so as to endanger the operation of the police vehicle, contrary to sec. 346.04(3), 939.50(3)(i), 973.047(1f), 973.046(1g) Wis. Stats.

Upon conviction for this offense, a Class I Felony, the defendant may be fined not more than Ten Thousand Dollars ($10,000), or imprisoned not more than three (3) years and six (6) months, or both.

And furthermore, invoking the provisions of Wisconsin Statute 343.31(3)(d)1, upon conviction the department shall revoke the defendant's operating privileges for 6 months.

And the court shall require the person to provide a biological specimen to the state crime laboratories for deoxyribonucleic acid analysis.

And furthermore, invoking the provisions of Wisconsin Statute 973.046(1g), the court may impose a deoxyribonucleic acid analysis surcharge of $250.

**Count 2: FIRST DEGREE RECKLESSLY ENDANGERING SAFETY**

The above-named defendant on or about Friday, June 07, 2013, in the Town of Florence, Florence County, Wisconsin, did recklessly endanger the safety of drivers of oncoming traffic, under circumstances which show utter disregard for human life, contrary to sec. 941.30(1), 939.50(3)(f), 973.047(1f), 973.046(1g) Wis. Stats.

10/21/2013

State of Wisconsin
County of Florence
I, Clerk of the Circuit Court for said County hereby certify that I have compared this document with the original on file, of which I am the legal custodian and it is a true copy of said original.
Witness my signature this 29 day of Jan 2021
Taniya Neuens  Clerk of Court

STATE OF WISCONSIN - VS - Karl Friedrick Johannes Dresch

Upon conviction for this offense, a Class F Felony, the defendant may be fined not more than Twenty Five Thousand Dollars ($25,000), or imprisoned not more than twelve (12) years and six (6) months, or both.

And the court shall require the person to provide a biological specimen to the state crime laboratories for deoxyribonucleic acid analysis.

And furthermore, invoking the provisions of Wisconsin Statute 973.046(1g), the court may impose a deoxyribonucleic acid analysis surcharge of $250.

Douglas Drexler, District Attorney
State Bar No. 1012319

Date: October 21, 2013