

**From:** [redacted] Karl Dresch (owner)
Stay alert bro..I'll fill in a couple blanks in a few days.. there's enemies among us but God's on our side.. keep yourself safe watch our town and shit... into the storm!
Platform: Mobile
1/11/2021 12:25:26 AM(UTC+0)
Source Extraction: File System (1), File System (2)

**From:** [redacted] Karl Dresch (owner)
Don't lose sleep over finding news it's all fake
Platform: Mobile
1/11/2021 12:26:06 AM(UTC+0)
Source Extraction: File System (1), File System (2)

**From:** [redacted]
You can't leave me hanging like that
Platform: Mobile
1/11/2021 12:26:14 AM(UTC+0)
Source Extraction: File System (1), File System (2)

**From:** [redacted]
Yea [redacted] didn't get arrested
Platform: Mobile
1/11/2021 12:26:31 AM(UTC+0)
Source Extraction: File System (1), File System (2)

**From:** [redacted]
Canada isn't on lock down
Platform: Mobile
1/11/2021 12:26:43 AM(UTC+0)
Source Extraction: File System (1), File System (2)

**From:** [redacted] Karl Dresch (owner)
Haha you think I trust these airwaves...fuckheads up there are mass snitching me to feds
Platform: Mobile
1/11/2021 12:27:09 AM(UTC+0)
Source Extraction: File System (1), File System (2)

**From:** [redacted]
Pelosi computer missing i could see
Platform: Mobile
1/11/2021 12:27:13 AM(UTC+0)
Source Extraction: File System (1), File System (2)

**From:** [redacted]
Jesus
**Platform:** Mobile
1/11/2021 12:27:35 AM(UTC+0)
Source Extraction:
File System (1), File System (2)

**From:** [redacted] Karl Dresch (owner)
Look up [redacted]
**Platform:** Mobile
1/11/2021 12:27:36 AM(UTC+0)
Source Extraction:
File System (1), File System (2)

**From:** [redacted]
Were you even in?
**Platform:** Mobile
1/11/2021 12:27:56 AM(UTC+0)
Source Extraction:
File System (1), File System (2)

**From:** [redacted]
I mean you sent a pic but you weren't in the pic
**Platform:** Mobile
1/11/2021 12:28:15 AM(UTC+0)
Source Extraction:
File System (1), File System (2)

**From:** [redacted]
Shh
**Platform:** Mobile
1/11/2021 12:28:19 AM(UTC+0)
Source Extraction:
File System (1), File System (2)

**From:** [redacted] Karl Dresch (owner)
I'll see you soon
**Platform:** Mobile
1/11/2021 12:28:25 AM(UTC+0)
Source Extraction:
File System (1), File System (2)

**From:** [redacted]
I dont wanna know
**Platform:** Mobile
1/11/2021 12:28:27 AM(UTC+0)
Source Extraction:
File System (1), File System (2)



**From:** [redacted]
People are rising
**Platform:** Mobile
1/12/2021 12:53:59 AM(UTC+0)

Source Extraction:
File System (1), File System (2)

**From:** [redacted] Karl Dresch (owner)
**Attachments:**

Size: 0
Path: https://scontent.xx.fbcdn.net/v/t39.1997-6/p240x240/851582_369239386556143_1497813874_n.png.webp?_nc_cat=1&ccb=2&_nc_sid=0572db&_nc_ohc=FcwMlNDW-xAAX9ykQHC&_nc_ad=z-m&_nc_cid=4&_nc_ht=scontent.xx&_nc_rmd=260&oh=e7bbed5ecce3939268c0c72aca2dfe73&oe=6002BA1B
(Empty File)

Size: 0
Path: https://scontent.xx.fbcdn.net/v/t39.1997-6/s168x128/851582_369239386556143_1497813874_n.png.webp?_nc_cat=1&ccb=2&_nc_sid=ac3552&_nc_ohc=FcwMlNDW-xAAX9ykQHC&_nc_ad=z-m&_nc_cid=4&_nc_ht=scontent.xx&_nc_tp=30&_nc_rmd=260&oh=2c08f447b4e217c2998a2210e029cc3f&oe=6003F4C7
(Empty File)

**Platform:** Mobile
1/12/2021 12:55:49 AM(UTC+0)

Source Extraction:
File System (1), File System (2)

**From:** [redacted] Karl Dresch (owner)
It's Nationwide
**Platform:** Mobile
1/12/2021 12:56:03 AM(UTC+0)

Source Extraction:
File System (1), File System (2)

**From:** [redacted]
Just waiting for shit to go down
**Platform:** Mobile
1/12/2021 12:56:16 AM(UTC+0)

Source Extraction:
File System (1), File System (2)

**From:** [redacted] Karl Dresch (owner)
Yes but when it's everywhere makes it so much harder to stop us
**Platform:** Mobile
1/12/2021 12:57:13 AM(UTC+0)

Source Extraction:
File System (1), File System (2)