Case 1:21-cr-00071-ABJ   Document 18-15   Filed 04/12/21   Page 1 of 1

**From:** [redacted] Karl Dresch (owner)
**Attachments:**
Size: 0
File name: 137611557_184266056776893_3274809166188651100_n.jpg
137611557_184266056776893_3274809166188651100_n.jpg
(Empty File)
1/12/2021 12:55:44 AM(UTC+0)

Source Extraction:
File System (1), File System (2)

**From:** [redacted]
Not sure if that's the same people or not
**Platform:** Mobile
1/12/2021 12:59:40 AM(UTC+0)

Source Extraction:
File System (1), File System (2)

**From:** [redacted] Karl Dresch (owner)
Ya I looked at her shit and the ones commenting on it are the same
**Platform:** Mobile
1/12/2021 1:05:18 AM(UTC+0)

Source Extraction:
File System (1), File System (2)

**From:** [redacted] Karl Dresch (owner)
They're the ones always mess with my Facebook ads
**Platform:** Mobile
1/12/2021 1:05:46 AM(UTC+0)

Source Extraction:
File System (1), File System (2)

**From:** [redacted] Karl Dresch (owner)
Now they wanna snitch me out lol.. bunch of losers
**Platform:** Mobile
1/12/2021 1:06:34 AM(UTC+0)

Source Extraction:
File System (1), File System (2)

**From:** [redacted] Karl Dresch (owner)
I sent her thing to tons of Patriots now it's gone haha, I'm sure I made a FBI folder but fuck it I know who my enemies are
**Platform:** Mobile
1/12/2021 1:08:11 AM(UTC+0)

Source Extraction:
File System (1), File System (2)

795