# ATTACHMENT
# Materials Submitted to ATF
# By Linda Dresch

Linda Dresch

March 20, 2021

United States Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives
Washington, DC 20226

RE:  Notice Letter ID: 239859

To whom it may concern:

I acknowledge ownership of all the guns and ammunition that belonged to my late husband, Stephen Dresch, that were seized from my home in Calumet, MI.

I have no interest in having the seized weapons returned to me -- with the exception of the Glock and the ammunition that goes to it.  I have never had any interest in owning a gun, and actually feel nervous around guns.  My oldest grandson, however, has completed a hunter's and gun safety course and voiced an interest in having his grandfather's Glock.  He recently celebrated his 25th birthday and I believe his grandfather would have wanted him to have it.

By relinquishing the other weapons, I feel that the terrible burden of responsibility that I carry for ignoring these weapons and not securing them adequately is, in a small way, lessened.

I have great regret that, due to my discomfort and anxiety around guns in general, I did not responsibly address the proper care of these items.

Sincerely,

*Linda N. Dresch*

Linda N. Dresch

1

## SECTION I – CONTACT INFORMATION

| PETITIONER INFORMATION | |
|---|---|
| **Petitioner/Contact Name**: (Last, First) <br> Dresch, Linda | |
| **Business/Institution Name**: (if applicable) <br> n/a | **Prisoner ID**: (if applicable) <br> n/a |
| **Address**: (Include Street, City, State, and Zip Code) <br> ███ | |
| **Social Security Number/Tax Identification Number**: (Enter N/A if you do not have one) <br> ███2566 | |
| **Please provide an explanation why you do not have a Social Security Number, if above is N/A**: | |
| **Phone**: (optional) | **Email**: (optional) |
| **ATTORNEY INFORMATION** (if applicable) | |
| **Attorney Name**: (Last, First) <br> Eliason, Matthew | |
| **Attorney Title**: <br> Attorney | |
| **Firm Name**: (if applicable) <br> Eliason Law Office, P.C. | |
| **Attorney Address**: (Include Street, City, State, and Zip Code) <br> ███ | |
| **Are you an attorney filing this petition on behalf of your client?**  ☒ YES  ☐ NO | |
| **Attorney Phone**: (optional) <br> ███ | **Attorney Email**: (optional) <br> ███ |

*If any of this information changes, you are responsible for notifying the agency of the new information.*

## SECTION II – ASSET LIST

You must identify your role for each asset in your petition. Please review the role definitions below.

| ROLE INFORMATION (multiple roles may apply to each asset) ||
|---|---|
| Owner | Linda Dresch |
| Victim | n/a |
| Lienholder | n/a |

Identify the asset ID and asset description for each asset you are petitioning and indicate your role as a petitioner for each asset. You may select one or more roles.

| # | Asset ID | Asset Description | Owner | Victim | Lienholder |
|---|---|---|---|---|---|
| RA398US | 21-ATF- 007891 | Glock Inc. Pistol CAL:40 SN:RA398US | ☒ | ☐ | ☐ |
| | 21-ATF-007897 | 11 Rounds PMC Ammunition CAL: 40 | ☒ | ☐ | ☐ |
| | 21-ATF-00796 | 150 Rounds Assorted Ammunition CAL:40 | ☒ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |

# SECTION III – VICTIM PETITION
## n/a

*If you are filing this petition as a victim, please fill out the information below. The information must apply to all of the assets you selected as a victim role in the previous section. If you are not filing as a victim for any assets, you may skip this section.*

**I am requesting remission of this forfeiture because I am a victim of the criminal offense underlying the forfeiture of this property or am the victim of a related offense and I have suffered a pecuniary loss as a result of that offense as described below:**

**Please provide the total pecuniary loss claimed. This is the total amount you claim to have lost.**

**If you have recovered any of your losses, please list the details below. If you have more than two sources of recovery, please print multiple copies of this table to submit with the petition.**

| SOURCE(S) OF RECOVERY (if applicable) ||
|---|---|
| Source of Recovery 1: | Amount of Recovery: |
| Source of Recovery 2: | Amount of Recovery: |

**In the space below, please list any documents you are including in support of your victim petition. If none are included, please explain why.**

## SECTION IV – INTEREST IN PROPERTY

*Provide additional information for the assets where you have identified yourself as the owner and/or lienholder. If you are petitioning for multiple assets and the responses are not the same for each asset, please print out multiple copies of this page to submit with the petition and indicate which assets apply to each page. If you have documentation that supports your interest in the petitioned assets (bill of sale, retail installment agreements, contracts, titles or mortgages) please include copies of the documents with the submission of the petition.*

| INTEREST IN PROPERTY INFORMATION ||
|---|---|
| **Asset ID** | **Asset Description** |
| 21-ATF-007891 | Glock Inc. 23 Pistol CAL:40 SN:RA398US |
| 21-ATF-007897 | 11 Rounds PMC Ammunition CAL:40 |
| 21-ATF-07906 | 150 Rounds Assorted Ammunition CAL:40 |

**In the space below, please explain why you have a valid, good faith, and legally recognizable interest in the asset(s) as an owner or lienholder:**

See attached Affidavit and letter

**Select the reason why you are petitioning for remission and/or mitigation of the asset(s)?**

☒ I am an innocent owner and I did not know of the conduct giving rise to the forfeiture OR I am an innocent owner and upon learning of the conduct giving rise to the forfeiture, I did all that reasonably could be expected under the circumstance to terminate such use of the property.

☐ I was a bona fide purchaser or seller of the forfeited property for value, AND I did not know and was without cause to believe that the property was subject to forfeiture at the time I acquired my interest in the property.

☐ None of the above. I am only seeking mitigation.

**In the space below, please explain the reason for filing a petition.**

See attached Affidavit and letter

**In the event that the ruling official determines that I do not qualify for remission of the property, I hereby request mitigation of the forfeiture to avoid extreme hardship.**

☐ YES   ☒ NO

**In support of my request, I would like the ruling official to consider the following extenuating circumstances:**

**In the space below, please list any documents you are including in support of your interest in the asset(s). If none are included, please explain why.**

- Cover Letter
- Affidavit

# SECTION V – NET EQUITY WORKSHEET
## N/A

Complete the table below for each asset where you are a lienholder. If you are a lienholder for multiple assets, please print out multiple copies of this page to submit with the petition.  NA

| LOAN / ASSET INFORMATION | | |
|---|---|---|
| **Asset ID:** | **Asset Description:** | **Seizure Date:** |
| **Purchaser:** | **Co-Signer** (optional): | |
| **Loan Date:** | **Date of Last payment:** | |
| **Amount Financed:** $ | **Date Lien Perfected with State:** | |
| **Original Term of Loan** (months): | **Day of the Month Each Payment is Due:** | |
| **Contract Rate of Interest:** % | **Total Amount Paid to Lienholder After Seizure:** $ | |
| **Unpaid Principal Due at Seizure:** $ | **Unpaid Interest Due at Seizure:** $ | |
| **Dealer's Reserve:** $ | **Taxes, Transfer Fees, etc.:** $ | |
| **Insurance Costs:** $ | **Duration** (months): | |
| **Service Contract Costs:** $ | **Duration** (months): | |
| **Extended Warranty Costs:** $ | **Duration** (months): | |
| **Miscellaneous Costs:** $ | | |
| **Provide Details** (for miscellaneous costs): | | |
| INFORMATION FURNISHED BY | | |
| **Contact Name:** (Last, First) | **Business Name:** | |
| **Address:** (Include Street, City, State, and Zip Code) | | |
| **Phone:** (optional) | **Email:** (optional) | |

\* Copies of your Net Equity assertions, such as bills of sale, retail installment agreements, contracts, certificates of title, payment history, security agreements, loan applications, or mortgages, which support the amount claimed as unpaid principal, must be attached to this report as an attachment.

In the space below, please list any documents you are including in support of this Net Equity Worksheet. If none are included, please explain why.

# SECTION VI – RECOVERY OF LOSS
## N/A

*Complete this section for the assets where you have identified yourself as the owner and/or lienholder and you have recovered all or a portion of your losses either via an insurance claim and/or via some other source of recovery. If you have more recovery of loss information than may fit on this page, print out multiple copies of this page to submit with the petition and indicate which assets apply to each page. If you have not received any recovery of your losses, then leave this section blank.*

| RECOVERY OF LOSS INFORMATION | |
|---|---|
| Asset ID | Asset Description |
|  |  |
|  |  |

| INSURANCE CLAIM INFORMATION (if applicable) | |
|---|---|
| **Name of Insured**: (Last, First) | |
| **Policy Number**: | **Claim Number**: |
| **Name of Insurance Company**: | **Name of Insurance Agent**: (Last, First) |
| **Insurance Company Address**: (Include Street, City, State, and Zip Code) | |
| **Phone**: (optional) | **Email**: (optional) |
| Have you received compensation from the insurance company?<br>☐ YES    ☐ NO | **Amount of Compensation**: |

If other sources of recovery exist (e.g., restitution, returns on investment or other settlements), please list and describe the details below.

| OTHER SOURCE(S) OF RECOVERY (if applicable) | |
|---|---|
| **Source of Recovery 1**: | **Amount of Recovery**: |
| **Source of Recovery 2**: | **Amount of Recovery**: |

In the space below, please list any documents you are including in support of your recovery of loss. If none are included, please explain why.

## SECTION VII – DECLARATION AND REPRESENTATION

*The following declaration should be completed by the petitioner. If the petitioner is represented by an attorney, the attorney may complete the declaration as long as the petitioner completes the sworn notice of representation.*

I attest and declare under penalty of perjury that my petition is not frivolous and the information provided in support of my petition is true and correct to the best of my knowledge and belief.

_____
**Signature**

**Linda Dresch**
**Printed Name**

March 24, 2021
**Date**

### Sworn Notice of Representation

*This section must be completed only by petitioners who are represented by an attorney and whose attorney has executed the declaration provided above.*

I have retained the above-named attorney who has authority to represent me in this matter. I have fully reviewed the foregoing petition and found that its contents are truthful and accurate in every respect. I declare under penalty of perjury that the foregoing information is true and correct.

_____
**Signature**

**Linda Dresch**
**Printed Name**

March 24, 2021
**Date**

A petition containing false information may subject the petitioner to criminal prosecution under Title 18 United States Code Section 1001 and Title 18 United States Code Section 1621.

AFFIDAVIT

I, LINDA DRESCH, HEREBY ATTEST THAT:

1. The guns, namely, the Russian rifle, the Glock, and one of the shotguns, listed in Notice Letter ID: 239859, were the property of my husband, who passed away in August of 2006.

2. Upon my husband's death, the guns listed in number 1 above and listed in Notice Letter ID: 239859 became my property.

3. Sometime between 2008, when I bought the house in Calumet, and 2011 I put the firearms in the upstairs bedrooms closets to get them out of my primary residence in Hancock, where my grandchildren stay when they visit.

4. Until the Bureau of Alcohol, Tobacco, Firearms and Explosives seized the weapons, I had not given them much thought.

5. My son moved into that home with his wife in the last couple of years. Prior to that I had only periodically used the house as a peaceful retreat.

Dated: March 24, 2021

_____
Linda Dresch

STATE OF MICHIGAN        )
                         ) ss
COUNTY OF HOUGHTON       )

Acknowledged before me in Houghton County, Michigan, on March 24th, 2021, by Linda Dresch acting on her own volition.

_____
NOTARY PUBLIC

ADAM STIGERS
NOTARY PUBLIC - MICHIGAN
KEWEENAW COUNTY
MY COMMISSION EXPIRES 07/13/2025
ACTING IN Houghton

9