

Rev. Robert V. Langseth
*Member of the Evangelical Lutheran Church in America*
P.O. Box 306 • Dextrom Road
Calumet Michigan 49913

Phone: (906) 337-1783
E-mail: rlangseth@pasty.net

Leave to file GRANTED

*[signature]*   4/15/21

Amy B. Jackson                Date
United States District Judge

The Honorable Amy Berman Jackson, U.S. District Judge
U.S. District Court District of Columbia
333 Constitution Avenue N.W.
Washington D.C.  20001

9 April 2021

21CR-071 (ABJ)
LETTER TO THE COURT

Dear Judge Jackson:            Re:  Mr. Karl Dresch

I live in the same community as Mr. Dresch and I support your decision to keep Mr. Dresch in jail for two reasons. First because of his own behavior but equally so because of the context of domestic terrorism.

You have a file on Karl's actions at the U.S. Capitol. There is no need for me to say further. Instead, I remind you of the critical aspects which destroy Democracy.

Yesterday, 8 April, was Yom HaShoah or Holocaust Remembrance Day. I am 88 years of age. As a boy I sat with a WW II vet who described the consecration camp he helped liberate  And I have read extensively on the development of the Nazi movement which led to the Holocaust.  We are seeing duplication of those developments here in the U.S. and Michigan is heavily involved.

- The Michigan Militia was preparing to assassinate our governor but stopped by the FBI.  Our militia is similar to the brown shirt movement of Germany in the 1930s.
- Our Congressman, Jack Bergman,(R) refused to certify Michigan votes. He refuses to apologize for his actions and perpetuates his freedom to defy Michigan's  Republican voting officials.
- Attorney Sidney Powell repeatedly charged that the voting machines  in Michigan were faulty and led multitudes to believe such. But now she insists her allegations were not statements of facts and she can't be guilty of defamation because such outlandish conspiracy theories are just freedom of political speech.
- Former President Trump still asserts the election was stolen from him. He continues to solicit and generate followers of his falsehood. Dresch certainly is one such follower
- According to polls a significant number of Americans continue to deny the validity of the Presidential election, are anti-government, and exploring alternatives.
- Congress, itself, is bickering over calling the riot an insurrection and in pursuing definitive investigations into the causes behind January 6th

Therefore, I believe the judicial system has a peculiar responsibility to stymie  this development of domestic terrorism.  You judges will be bombarded with renditions of "political freedom of speech" and  excuses like "poor judgment in behavior".  But if we keep people in jail for items like possession and distribution of drugs which harm society we certainly must keep insurrectionists confined for the health of America!

Sincerely,

*Rev. R. V. Langseth*
Rev. Robert Langseth

[illegible]

You have a file on [illegible] actions at the U.S. Capitol. There is no need for me to say [illegible] remind you of the critical [illegible] which destroy Democracy.

[illegible] a WWII [illegible] who described the consequences [illegible] extensively on [illegible] of the Nazi movement [illegible] duplication of [illegible] here in the U.S. [illegible]

- The Michigan Militia was preparing [illegible] militia is similar to the brown shirt movement of Germany in the [illegible]
- Our Congressman, [illegible] refused to [illegible] deny [illegible]
- Attorney Sidney Powell [illegible] and [illegible] But now [illegible] allegations [illegible]
- Former President Trump [illegible] the election was [illegible]
- According to polls a significant number of Americans continue to deny the validity of the Presidential election, are anti-government, and [illegible] alternative [illegible]
- Congress itself is [illegible] investigations into the causes [illegible]

Therefore, I believe that [illegible]

[illegible]