IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>    v.<br><br>**KARL DRESCH,**<br><br>    **Defendant.** | **CR NO. 21-CR-0071 (ABJ)** |

### RESPONSE TO COURT'S ORDER REQUESTING EXHIBITS

The United States, by and through its attorney, the Acting United States Attorney for the District of Columbia, and in response to the Court's request during the hearing on this matter on May 12, 2021, hereby files: (1) the Motion for Detention filed in 2:21-MJ-00004-MV (ECF No. 4); and (2) the Transcript of the Detention Hearing on January 22, 2021 (ECF No. 14).

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar No. 415793

By:   /s/ Jennifer L. Blackwell
Jennifer Leigh Blackwell
Assistant United States Attorney
D.C. Bar No. 481097
555 4th Street, N.W.
Washington, D.C. 20530
Phone: (202) 803-1590
Jennifer.blackwell3@usdoj.gov

Dated:   May 12, 2021

<u>CERTIFICATE OF SERVICE</u>

On this 12th day of May, 2021, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

*/s/ Jennifer Leigh Blackwell*
Jennifer Leigh Blackwell
Assistant United States Attorney