UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

- - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,                    No. 2:21-mj-00004

vs.

                                      MAARTEN VERMAAT
KARL DRESCH,                          United States Magistrate Judge

        Defendant.
_____/

## MOTION FOR DETENTION

Now comes the United States of America by Andrew Byerly Birge, United States Attorney for the Western District of Michigan, and Theodore J. Greeley, Assistant United States Attorney, and respectfully moves this court for pretrial detention of the defendant on the basis that this case involves both a serious risk that the defendant will flee and a serious risk that the defendant will obstruct or attempt to obstruct justice. 18 U.S.C. § 3142(f)(2). Under 18 U.S.C. § 3142(f)(2), the United States moves for a continuance of 3 days to hold a detention hearing.

                                      Respectfully submitted,

                                      ANDREW BYERLY BIRGE
                                      United States Attorney

Dated: January 20, 2021           */s/ Theodore J. Greeley*
                                      THEODORE J. GREELEY
                                      Assistant United States Attorney
                                      Huntington Bank Building, 2nd Floor
                                      1930 U.S. 41 West
                                      Marquette, Michigan 49855
                                      906-226-2500