# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )( | |
| )( | Criminal No. 21-71 (ABJ) |
| v.     )( | Judge Amy B. Jackson |
| )( | Status Conference: June 18, 2021 |
| KARL DRESCH         )( | |

## MOTION FOR RULING ON MOTION FOR BOND

COMES NOW the defendant, Karl Dresch, by and through undersigned counsel, and respectfully moves this Honorable Court for a ruling on his Motion for Bond. In support of this motion, Mr. Dresch would show:

1. On January 19, 2021, Karl Dresch was arrested near his home in a small town in Michigan on a warrant that had originated from this District. The charges at issue in the warrant pertain to the events that occurred at the United States Capitol on January 6, 2021.

2. On January 20, 2021, Mr. Dresch appeared before a magistrate judge in the United States District Court for the Western District of Michigan for an initial appearance. Despite a recommendation from the Pretrial Services Agency that Mr. Dresch should be released on conditions with a $20,000 unsecured bond, the magistrate judge ordered that Mr. Dresch should be held without bond pending trial. Mr. Dresch's case was then transferred to this District.

3. On February 3, 2021, a five-count indictment was filed against Mr. Dresch in this District. Only one of the counts in the indictment is a felony. The five counts in the indictment are: 1) Obstruction of an Official Proceeding (18 U.S.C. §§ 1512(c)(2)) (felony), 2); 2), Entering and Remaining in a Restricted Building or Grounds (18 U.S.C. § 1752(a)(1)) (misdemeanor); 3) Disorderly or Disruptive Conduct in a Restricted Building

or Grounds 18 U.S.C. § 1752(a)(2)) (misdemeanor); 4) Disorderly Conduct in a Capitol Building (40 U.S.C. § 5104(e)(2)(D)) (petty offense); and 5) Parading, Demonstrating, or Picketing in a Capitol Building (40 U.S.C. § 5104(e)(2)(G)) (petty offense). Given the charges against him, there is no presumption that Mr. Dresch should be held without bond. See 18 U.S.C. § 3142(e)(2),(3). Moreover, none of the offenses that Mr. Dresch has been indicted on are of the type that, by its nature, even qualifies Mr. Dresch for consideration for preventive detention. See 18 U.S.C. § 3142(f)(1).

4. After being transferred to this District by the United States Marshals Service. Mr. Dresch was arraigned on his indictment on March 29, 2021.

5. On April 1, 2021, Mr. Dresch filed a Motion to Lift Preventive Detention and Points and Authority in Support Thereof (Motion for Bond; ECF #16).

6. On April 12, 2021, the government filed a Government's Response to Defendant's Motion for Bond (ECF #18).

7. On April 19, Mr. Dresch filed a Reply to Government's Response to Defendant's Motion for Bond (ECF #20).

8 On May 3, 2021, a hearing was held on Mr. Dresch's Motion for Bond. At the hearing, the Court indicated that it was taking the motion under advisement. Additional arguments on the Motion for Bond were heard at a Status Conference in this case on May 12, 2021. No ruling has yet issued.

9. Where a motion has been filed with a district court seeking review of a magistrate judge's order of detention, that motion "shall be determined promptly." 18 U.S.C. § 3145(b); see also United States v. Munchel, No. 21-3010, slip op. at 8 n.2 (D.C. Cir. March 26, 2021) (where magistrate judge ordered defendant to be released but defendant remained detained while government sought review of release order to district judge, the three-week delay between magistrate judge's order of release and district judge's resulting order of detention was "troubling" given the requirement that motions under § 3145 be determined "promptly").

10.     It has been over seven weeks since Mr. Dresch filed his Motion for Bond, and it has been three weeks since the hearing on that motion was held.   Mr. Dresch has been detained in this case for over four months.  Accordingly, Mr. Dresch requests that the Court rule on his Motion for Bond.

WHEREFORE, the defendant, Karl Dresch, moves this Honorable Court to rule on his Motion for Bond.

Respectfully submitted,

_____/s/_____
Jerry Ray Smith, Jr.
D.C. Bar No. 448699
Counsel for Karl Dresch
717 D Street, N.W.
Suite 310
Washington, DC 20004
E-mail: jerryraysmith@verizon.net
Phone: (202) 347-6101