Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )  Criminal No. 21-71 (ABJ)
)
Karl Dresch )

## NOTICE OF APPEAL

Name and address of appellant:  Karl Dresch
D.C. Depatrment of Corrections
Central Treatment Facility
1901 E Street, S.E.
Washington, DC 20003

Name and address of appellant's attorney:  Jerry Ray Smith, Jr.
717 D Street, N.W.
Suite 310
Washington, DC 20004

Offense:  Obstruction of Official Proceeding, 18 U.S.C., Section 1512(c)(2)

Concise statement of judgment or order, giving date, and any sentence:

Order denying motion for bond, May 27, 2021

Name and institution where now confined, if not on bail:  D.C. Depatrment of Corrections Central Treatment Facility

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

June 9, 2021
DATE

Karl Dresch
APPELLANT

Jerry Ray Smith, Jr.
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [✔]
PAID USDC FEE [ ]
PAID USCA FEE [ ]

Does counsel wish to appear on appeal?    YES [ ]    NO [✔]
Has counsel ordered transcripts?           YES [ ]    NO [✔]
Is this appeal pursuant to the 1984 Sentencing Reform Act?  YES [ ]  NO [✔]