IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>   v.<br><br>KARL DRESCH,<br><br>   Defendant. | CR NO. 21-CR-0071 (ABJ) |

### UNOPPOSED MOTION TO ADJOURN STATUS CONFERENCE

The United States, through undersigned counsel, hereby files this motion to adjourn the status conference set for Wednesday, June 23, 2021, in the above-captioned matter. Defense counsel informed counsel for the United States that he does not oppose the motion.

A status conference in this matter was set for Friday, June 18, 2021. Due to the unanticipated federal holiday, the status conference was moved to Wednesday, June 23, 2021, at 10 a.m. On Tuesday, June 22, 2021, the hearing was rescheduled because of the unavailability of the D.C. jail video conference facility to 3:30 p.m. on June 23, 2021. Counsel for the United States promptly notified the Court and defense counsel of her unavailability for that time, due to previously scheduled leave, through Tuesday, June 30. Defense counsel indicated in writing and via telephone that he did not object to a brief adjournment of the status conference until on or after June 30, 2021.

        Respectfully submitted,

        CHANNING D. PHILLIPS
        ACTING UNITED STATES ATTORNEY
        D.C. Bar No. 415793

Date: June 22, 2021        By:   */s/ Jennifer Leigh Blackwell*
        Jennifer Leigh Blackwell
        Assistant United States Attorney
        D.C. Bar No. 481097
        United States Attorney's Office
        555 Fourth Street, N.W.
        Washington, D.C.  20530
        Telephone: (202) 803-1590
        Email: Jennifer.blackwell3@usdoj.gov

CERTIFICATE OF SERVICE

On this 22nd day of June, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

          /s/ *Jennifer L. Blackwell*
Jennifer Leigh Blackwell
Assistant United States Attorney
Jennifer Leigh Blackwell
Assistant United States Attorney
D.C. Bar No. 481097
555 4th Street, N.W.
Washington, D.C. 20530
Phone: (202) 803-1590
Jennifer.blackwell3@usdoj.gov