# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 21-3038**  **September Term, 2021**

1:21-cr-00071-ABJ-1

Filed On: September 22, 2021 [1915289]

United States of America,

    Appellee

  v.

Karl Dresch, also known as Karl Friedrich-Johannes Dresch,

    Appellant

## M A N D A T E

In accordance with the order of September 22, 2021, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Laura M. Chipley
Deputy Clerk

Link to the order filed September 22, 2021