# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 21-3038**　　　　　　　　　　　　　　**September Term, 2021**

**1:21-cr-00071-ABJ-1**

**Filed On:** September 22, 2021

United States of America,

    Appellee

    v.

Karl Dresch, also known as Karl Friedrich-Johannes Dresch,

    Appellant

## O R D E R

Upon consideration of the motion to voluntarily dismiss appeal, and the affidavit in support thereof, it is

**ORDERED** that the motion be granted and this case be dismissed. See <u>D.C. Circuit Handbook of Practice and Internal Procedures</u> 35 (2021).

The Clerk is directed to issue the mandate forthwith.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:　/s/
Laura Chipley
Deputy Clerk